# Master Index of Exhibits

## DRAPER, *et al.* v. COAKLEY

United States District Court, District of Massachusetts

Civic Action No. 1:14-CV-12471

**Please note that file size restrictions of the CM/ECF System required that the exhibits referenced in this Mater Index of Exhibits be split into four (4) separate files:**

- Complaint Exhibit File 1 of 4:  Contains Exhibits 1 – 22
- Complaint Exhibit File 2 of 4:  Contains Exhibits 23 – 30
- Complaint Exhibit File 3 of 4:  Contains Exhibits 31 – 35
- Complaint Exhibit File 4 of 4:  Contains Exhibits 36 – 43

| Exhibit | Description |
|---|---|
| 1 | APPROVED FIREARMS ROSTER 02-2014, published by the Massachusetts Executive Office of Public Safety and Security ("EOPSS"). |
| 2 | EOPSS Firearms Dealer Application – 20130911. |
| **Exhibits 3 – 8 are e-mails from the CONSUMERS to the DEALERS seeking to acquire Gen3/Gen4 Glock pistols.** ||
| 3 | • **16 April 2014**<br>E-mail from CONSUMER **DRAPER** to DEALER **CONCORD** seeking to purchase a new Gen3 or Gen4 Model 17 Glock pistol. |
| 4 | • **16 April 2014**<br>Two (2) e-mails from CONSUMER **WEISBERG** to DEALERS **CONCORD** and **PRECISION**, seeking to purchase a Gen4 Model 34 Glock pistol. |

| Exhibit | Description |
|---|---|
| 5 | • **22 April 2014**<br><br>Two (2) e-mails from CONSUMER **MAJOR** to DEALERS **CONCORD** and **PRECISION** seeking to purchase or have transferred a Gen4 Glock pistol. |
| 6 | • **1 June 2014**<br><br>Two (2) e-mail from CONSUMER **NOTKIN** to DEALERS **CONCORD** and **PRECISION** seeking to purchase a Gen3 or Gen4 Model 17 Glock pistol. |
| 7 | • **19 April 2014**<br><br>Two (2) e-mails from CONSUMER **BOUDRIE** to DEALERS **CONCORD** and **PRECISION** seeking to purchase a Gen4 Model 34 Glock pistol. |
| 8 | • **19 April 2014**<br><br>Two (2) e-mails from CONSUMER **CARLTON** to DEALERS **CONCORD** and **PRECISION** seeking to purchase a Gen4 Model 34 Glock pistol. |
| | **Exhibits 9 – 14 are e-mails from the DEALERS to the PLAINTIFFS rejecting to sell/transfer Gen3/Gen4 Glock pistols, because the DEALERS do not know whether these pistols comply with the REGULATION** |
| 9 | • **16 April 2014**<br><br>E-mail from DEALER **CONCORD** to CONSUMER **DRAPER** rejecting to sell or transfer a Gen4 Model 34 Glock pistol. |
| 10 | • **16 April 2014** and **19 April 2014**, respectively<br><br>E-mails from DEALERS **CONCORD** and **PRECISION** to CONSUMER **WEISBERG** rejecting to sell or transfer a Gen4 Model 34 Glock pistol. |
| 11 | • **29 April 2014**<br><br>E-mail from DEALER **PRECISION** to CONSUMER **MAJOR** rejecting to sell or transfer any post 21 October 1998 Glock pistol. |
| 12 | • **1 June 2014** and **2 June 2014**<br><br>E-mails from DEALERS **PRECISION** and **CONCORD** to CONSUMER **NOTKIN** rejecting to sell or transfer a Gen3 or Gen4 Model 17 Glock pistol. |

| Exhibit | Description |
|---|---|
| 13 | - **22 April 2014**<br><br>E-mail from DEALER **PRECISION** to CONSUMER **BOUDRIE** rejecting to sell or transfer a Gen4 Model 34 Glock pistol. |
| 14 | - **16 April 2014** and **21 April 2014**, respectively<br><br>E-mails from DEALERS **CONCORD** and **PRECISION** to CONSUMER **CARLTON** rejecting to sell or transfer a Gen4 Model 34 Glock pistol. |
| **Exhibits 15 – 22 are from the DEALERS and CONSUMERS to the defendant ATTORNEY GENERAL seeking clarification of whether Gen3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation** | |
| 15 | - **3 December 2013**<br><br>DEALER **CONCORD'S** letter to the defendant **ATTORNEY GENERAL** seeking clarification of whether Gen 3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation, and if not, why not. |
| 16 | - **16 May 2014**<br><br>DEALER **PRECISION'S** letter to the defendant **ATTORNEY GENERAL** seeking clarification of whether Gen 3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation, and if not, why not. |
| 17 | - **28 April 2014**<br><br>CONSUMER **DRAPER'S** letter to the defendant **ATTORNEY GENERAL** seeking clarification of whether Gen 3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation, and if not, why not. |
| 18 | - **28 April 2014**<br><br>CONSUMER **WEISBERG'S** letter to the defendant **ATTORNEY GENERAL** seeking clarification of whether Gen 3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation, and if not, why not. |
| 19 | - **16 May 2014**<br><br>CONSUMER **MAJOR'S** letter to the defendant **ATTORNEY GENERAL** seeking clarification of whether Gen 3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation, and if not, why not. |

| Exhibit | Description |
|---|---|
| 20 | - **22 April 2014**<br><br>CONSUMER **NOTKIN'S** letter to the defendant **ATTORNEY GENERAL** seeking clarification of whether Gen 3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation, and if not, why not. |
| 21 | - **24 April 2014**<br><br>CONSUMER **BOUDRIE'S** letter to the defendant **ATTORNEY GENERAL** seeking clarification of whether Gen 3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation, and if not, why not. |
| 22 | - **28 April 2014**<br><br>CONSUMER **CARLTON'S** letter to the defendant **ATTORNEY GENERAL** seeking clarification of whether Gen 3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation, and if not, why not. |
| | **Exhibits 23 – 30 are the defendant ATTORNEY GENERAL's responses to the DEALERS' and CONSUMERS' requests for clarification of whether Gen3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation** |
| 23 | - **2 April 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to DEALER **CONCORD'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 24 | - **21 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to DEALER **PRECISION'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 25 | - **6 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **DRAPER'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 26 | - **6 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **WEISBERG'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |

**Master Index of Exhibits**
Page 4 of 6

| Exhibit | Description |
|---|---|
| 27 | - **6 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **NOTKIN'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 28 | - **6 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **CARLTON'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 29 | - **14 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **BOUDRIE'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 30 | - **21 April 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **MAJOR'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 31 | - **21 May 2014**<br><br>Results for the search term "Glock" retrieved from the website of the Massachusetts Executive Office of Public Safety and Security ("EOPSS"). |
| 32 | - **16 May 2014**<br><br>Results for the search term "Glock" retrieved from the website of the defendant ATTORNEY GENERAL. |
| \multicolumn{2}{} | **Exhibits 33 – 40 are handgun models or series of handgun models on the EOPSS Approved Firearms Roster with various types of load indicator "devices" to which the defendant ATTORNEY GENERAL has not objected.**<br><br>**[**For clarify and to reduce the size of the exhibits attached to this motion, only the cover page and the relevant pages concerning "load indicators" from the cited owner/instruction manuals are included in the attached exhibits.**]** |
| 33 | **FMK** model 9C1 (page 2 of the Approved Firearms Roster):  the loaded chamber indicator is a protruding pin on the breach end of the slide. |

| Exhibit | Description |
|---|---|
| 34 | **Ruger SR** series of models (pages 12-16 of the Approved Firearms Roster):  the loaded chamber indicator is a protruding tab on top of the slide, behind the ejection port. |
| 35 | **Sig Sauer** model 226 Mk-25 (pages 6-7 of the Approved Firearms Roster): the loaded chamber indicator is a protruding tab on top of the slide, behind the ejection port. |
| 36 | **Remington Arms** model 1911R1 (page 6 of the Approved Firearms Roster):  the loaded chamber indicator is a hole at the rear of the barrel (chamber) through which one must look to observe whether there is a cartridge in the chamber. |
| 37 | **Smith & Wesson** Bodyguard 380 (pages 7-11 of the Approved Firearms Roster):  the loaded chamber indicator is a hole at the rear of the barrel (chamber) through which one must look to observe whether there is a cartridge in the chamber. |
| 38 | **Walther Arms** model P99 (page 16 of the Approved Firearms Roster): the loaded chamber indicator is a colored recess in the right side of the slide behind the ejection port which comes into view when the extractor engages the rim of a cartridge in the chamber. |
| 39 | **Kahr Arms** (all models) (pages 3-4 of the Approved Firearms Roster):  the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |
| 40 | **Heckler & Koch** USP series of models (pages 3 of the Approved Firearms Roster):   the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |
| 41 | **Beretta** 92 series of models (pages 1-2 of the Approved Firearms Roster): the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |
| 42 | **Glock** (all Gen3 models) single-page Instruction Manual insert (front and back) (pages 2-3 of the Approved Firearms Roster):  the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |
| 43 | **Glock** (all Gen 4 models) (pages 2-3 of the Approved Firearms Roster): the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |