# Complaint Exhibit File 2 of 4
## Exhibits 23 – 30
### DRAPER, *et al.* v. COAKLEY

United States District Court, District of Massachusetts

Civic Action No. 1:14-CV-12471

| Exhibit | Description |
|---|---|
| | Exhibits 23 – 30 are the defendant ATTORNEY GENERAL's responses to the DEALERS' and CONSUMERS' requests for clarification of whether Gen3 and/or Gen4 Glock pistols comply with the Handgun Sales Regulation |
| 23 | • **2 April 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to DEALER **CONCORD'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 24 | • **21 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to DEALER **PRECISION'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 25 | • **6 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **DRAPER'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 26 | • **6 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **WEISBERG'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |

| Exhibit | Description |
|---|---|
| 27 | - **6 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **NOTKIN'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 28 | - **6 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **CARLTON'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 29 | - **14 May 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **BOUDRIE'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |
| 30 | - **21 April 2014**<br><br>Defendant **ATTORNEY GENERAL'S** response to CONSUMER **MAJOR'S** letter seeking clarification of Gen 3 and/or Gen4 Glock pistols' compliance with the Handgun Sales Regulation. |

23



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

April 2, 2014

Michael Concannon
Concord Armory, LLC
40 Beharrell Street, Suite 12
Concord, MA 01742

Re: <u>Handgun Sales Regulations</u>

Dear Mr. Concannon:

I am writing in response to your letter to this Office regarding Massachusetts firearms laws and their application to Glock firearms.

As this Office has stated publicly in the past, the handguns presently manufactured by Glock, Inc. are not in compliance with the Massachusetts Handgun Sales Regulations, because they lack an effective load indicator or magazine safety disconnect.

As you know, the roster of guns compiled and published by the Executive Office of Public Safety (EOPS) are those that meet the criteria stated in G. L. c. 140. If a handgun is listed on the EOPS roster, it can be sold in Massachusetts by a handgun dealer if it meets the additional safety-related requirements under the handgun sales regulations, 940 CMR 16.00, or is otherwise exempt from those requirements.

In response to your question, the Attorney General's Office has not issued a list of handguns that meet the safety requirements of the regulations. If you are unsure whether a handgun on the EOPS roster meets the additional safety requirements of our Office's regulations, you should contact the manufacturer, who should be able to provide you with that information.

Thank you for very much for contacting this Office with your comments and questions.

Sincerely,

*David Monahan*

David W. Monahan
Deputy Chief
Consumer Protection Division

24



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

May 21, 2014

John Donnelly
Precision Point Firearms, LLC
155 New Boston Street, Suite 180U
Woburn, MA 01801

Re: Massachusetts handgun laws

Dear Mr. Donnelly:

I am writing in response to your letter to Attorney General Coakley, inquiring about whether Glock handguns comply with the Attorney General's Handgun Sales regulations.

In order for a handgun to be sold or transferred legally in Massachusetts, it must be in compliance with both federal and state laws. The "Approved Firearms Roster" of guns compiled and published by the Executive Office of Public Safety and Security (EOPSS) are those that meet the criteria stated in G. L. c. 140. If a handgun is listed on the EOPSS roster, it can be sold in Massachusetts by a handgun dealer if it meets the additional safety-related requirements under the Attorney General's regulations, 940 CMR 16.00, or is otherwise exempt from those requirements.

The Attorney General's Handgun Sales regulations fall under the state's consumer protection law and are designed to protect consumers and their families from unsafe handguns and unfair or deceptive practices by handgun dealers and manufacturers. The regulations effectively ban cheap "Saturday Night Specials" and require all handguns sold in Massachusetts to include child-proofing measures, tamper-proof serial numbers, and safety warnings.

The handguns presently manufactured by Glock, Inc. ("Glock") are not in compliance with the Massachusetts Handgun Sales Regulations, because they lack an effective load indicator or magazine safety disconnect. This Office notified Glock of this fact in 2004, and since that time Glock has not notified this Office of any change in the features of their firearms nor attempted to certify any firearm model as compliant with the Massachusetts Handgun Sales Regulations. Therefore, newly manufactured Glock handguns may not be transferred by a handgun dealer to a Massachusetts civilian.

This Office has been clear and consistent in our communications to dealers and consumers about the reason that Glock firearms do not comply with the Regulations. You could also have obtained the information directly from Glock, Inc. at any time. To the extent that your business could benefit from the ability to sell Glock firearms, you may want to communicate that to Glock, Inc., and ask if they have plans to employ an effective load indicator or magazine safety disconnect as many other firearms manufacturers have done. Thank you for taking the time to contact this Office regarding your question.

Sincerely,

David W. Monahan
Deputy Chief
Consumer Protection Division

25



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

May 6, 2014

Robert Draper
26 Jodie Road
Framingham, MA 01702

Re: Massachusetts handgun laws

Dear Mr. Draper:

I am writing in response to your letter to Attorney General Coakley, inquiring about whether Glock handguns comply with the Attorney General's Handgun Sales regulations.

In order for a handgun to be sold or transferred legally in Massachusetts, it must be in compliance with both federal and state laws. The "Approved Firearms Roster" of guns compiled and published by the Executive Office of Public Safety and Security (EOPSS) are those that meet the criteria stated in G. L. c. 140. If a handgun is listed on the EOPSS roster, it can be sold in Massachusetts by a handgun dealer if it meets the additional safety-related requirements under the Attorney General's regulations, 940 CMR 16.00, or is otherwise exempt from those requirements.

The Attorney General's Handgun Sales regulations fall under the state's consumer protection law and are designed to protect consumers and their families from unsafe handguns and unfair or deceptive practices by handgun dealers and manufacturers. The regulations effectively ban cheap "Saturday Night Specials" and require all handguns sold in Massachusetts to include child-proofing measures, tamper-proof serial numbers, and safety warnings.

The handguns presently manufactured by Glock, Inc. ("Glock") are not in compliance with the Massachusetts Handgun Sales Regulations, because they lack an effective load indicator or magazine safety disconnect. This Office notified Glock of this fact in 2004, and since that time Glock has not notified this Office of any change in the features of their firearms nor attempted to certify any firearm model as compliant with the Massachusetts Handgun Sales Regulations. Therefore, newly manufactured Glock handguns may not be transferred by a handgun dealer to a Massachusetts civilian.

Thank you for taking the time to contact this Office regarding your question.

Sincerely,

David W. Monahan
Deputy Chief
Consumer Protection Division

26



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

May 6, 2014

Ariel Weisberg
220 Central Street, #4
Stoneham, MA 02180

Re: Massachusetts handgun laws

Dear Mr. Weisberg:

    I am writing in response to your letter to Attorney General Coakley, inquiring about whether Glock handguns comply with the Attorney General's Handgun Sales regulations.

    In order for a handgun to be sold or transferred legally in Massachusetts, it must be in compliance with both federal and state laws. The "Approved Firearms Roster" of guns compiled and published by the Executive Office of Public Safety and Security (EOPSS) are those that meet the criteria stated in G. L. c. 140. If a handgun is listed on the EOPSS roster, it can be sold in Massachusetts by a handgun dealer if it meets the additional safety-related requirements under the Attorney General's regulations, 940 CMR 16.00, or is otherwise exempt from those requirements.

    The Attorney General's Handgun Sales regulations fall under the state's consumer protection law and are designed to protect consumers and their families from unsafe handguns and unfair or deceptive practices by handgun dealers and manufacturers. The regulations effectively ban cheap "Saturday Night Specials" and require all handguns sold in Massachusetts to include child-proofing measures, tamper-proof serial numbers, and safety warnings.

    The handguns presently manufactured by Glock, Inc. ("Glock") are not in compliance with the Massachusetts Handgun Sales Regulations, because they lack an effective load indicator or magazine safety disconnect. This Office notified Glock of this fact in 2004, and since that time Glock has not notified this Office of any change in the features of their firearms nor attempted to certify any firearm model as compliant with the Massachusetts Handgun Sales Regulations. Therefore, newly manufactured Glock handguns may not be transferred by a handgun dealer to a Massachusetts civilian.

    Thank you for taking the time to contact this Office regarding your question.

Sincerely,

*David Monahan*

David W. Monahan
Deputy Chief
Consumer Protection Division

**27**



# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

May 6, 2014

Eric Notkin
63 Trayer Road
Canton, MA 02021

Re: Massachusetts handgun laws

Dear Mr. Notkin:

    I am writing in response to your letter to Attorney General Coakley, inquiring about whether Glock handguns comply with the Attorney General's Handgun Sales regulations.

    In order for a handgun to be sold or transferred legally in Massachusetts, it must be in compliance with both federal and state laws. The "Approved Firearms Roster" of guns compiled and published by the Executive Office of Public Safety and Security (EOPSS) are those that meet the criteria stated in G. L. c. 140. If a handgun is listed on the EOPSS roster, it can be sold in Massachusetts by a handgun dealer if it meets the additional safety-related requirements under the Attorney General's regulations, 940 CMR 16.00, or is otherwise exempt from those requirements.

    The Attorney General's Handgun Sales regulations fall under the state's consumer protection law and are designed to protect consumers and their families from unsafe handguns and unfair or deceptive practices by handgun dealers and manufacturers. The regulations effectively ban cheap "Saturday Night Specials" and require all handguns sold in Massachusetts to include child-proofing measures, tamper-proof serial numbers, and safety warnings.

    The handguns presently manufactured by Glock, Inc. ("Glock") are not in compliance with the Massachusetts Handgun Sales Regulations, because they lack an effective load indicator or magazine safety disconnect. This Office notified Glock of this fact in 2004, and since that time Glock has not notified this Office of any change in the features of their firearms nor attempted to certify any firearm model as compliant with the Massachusetts Handgun Sales Regulations. Therefore, newly manufactured Glock handguns may not be transferred by a handgun dealer to a Massachusetts civilian.

    Thank you for taking the time to contact this Office regarding your question.

Sincerely,

David Monahan

David W. Monahan
Deputy Chief
Consumer Protection Division

28



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

May 6, 2014

Brent Carlton
248 Arborway, #1
Jamaica Plain, MA 02130

Re: Massachusetts handgun laws

Dear Mr. Carlton:

I am writing in response to your letter to Attorney General Coakley, inquiring about whether Glock handguns comply with the Attorney General's Handgun Sales regulations.

In order for a handgun to be sold or transferred legally in Massachusetts, it must be in compliance with both federal and state laws. The "Approved Firearms Roster" of guns compiled and published by the Executive Office of Public Safety and Security (EOPSS) are those that meet the criteria stated in G. L. c. 140. If a handgun is listed on the EOPSS roster, it can be sold in Massachusetts by a handgun dealer if it meets the additional safety-related requirements under the Attorney General's regulations, 940 CMR 16.00, or is otherwise exempt from those requirements.

The Attorney General's Handgun Sales regulations fall under the state's consumer protection law and are designed to protect consumers and their families from unsafe handguns and unfair or deceptive practices by handgun dealers and manufacturers. The regulations effectively ban cheap "Saturday Night Specials" and require all handguns sold in Massachusetts to include child-proofing measures, tamper-proof serial numbers, and safety warnings.

The handguns presently manufactured by Glock, Inc. ("Glock") are not in compliance with the Massachusetts Handgun Sales Regulations, because they lack an effective load indicator or magazine safety disconnect. This Office notified Glock of this fact in 2004, and since that time Glock has not notified this Office of any change in the features of their firearms nor attempted to certify any firearm model as compliant with the Massachusetts Handgun Sales Regulations. Therefore, newly manufactured Glock handguns may not be transferred by a handgun dealer to a Massachusetts civilian.

Handgun dealers in Massachusetts have clear information on this point from Glock, EOPSS, and this Office, and are operating on more than the "rumor and speculation" you refer to in your letter when they inform prospective purchasers that Glock firearms cannot legally be sold to civilians in Massachusetts.

Thank you for taking the time to contact this Office regarding your question.

Sincerely,

David Monahan

David W. Monahan
Deputy Chief
Consumer Protection Division

29



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

May 14, 2014

Robert A. Boudrie
20 Wellesley Avenue
Natick, MA 01760

Re: Massachusetts handgun laws

Dear Mr. Boudrie:

I am writing in response to your letter to Attorney General Coakley, inquiring about whether Glock handguns comply with the Attorney General's Handgun Sales regulations.

In order for a handgun to be sold or transferred legally in Massachusetts, it must be in compliance with both federal and state laws. The "Approved Firearms Roster" of guns compiled and published by the Executive Office of Public Safety and Security (EOPSS) are those that meet the criteria stated in G. L. c. 140. If a handgun is listed on the EOPSS roster, it can be sold in Massachusetts by a handgun dealer if it meets the additional safety-related requirements under the Attorney General's regulations, 940 CMR 16.00, or is otherwise exempt from those requirements.

The Attorney General's Handgun Sales regulations fall under the state's consumer protection law and are designed to protect consumers and their families from unsafe handguns and unfair or deceptive practices by handgun dealers and manufacturers. The regulations effectively ban cheap "Saturday Night Specials" and require all handguns sold in Massachusetts to include child-proofing measures, tamper-proof serial numbers, and safety warnings.

The handguns presently manufactured by Glock, Inc. ("Glock") are not in compliance with the Massachusetts Handgun Sales Regulations, because they lack an effective load indicator or magazine safety disconnect. This Office notified Glock of this fact in 2004, and since that time Glock has not notified this Office of any change in the features of their firearms nor attempted to certify any firearm model as compliant with the Massachusetts Handgun Sales Regulations. Therefore, newly manufactured Glock handguns may not be transferred by a handgun dealer to a Massachusetts civilian.

Thank you for taking the time to contact this Office regarding your question.

Sincerely,

David W. Monahan
Deputy Chief
Consumer Protection Division

**30**



# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

May 21, 2014

Donna M. Major
3 Holborn Park
Boston, MA 02121

Re: Massachusetts handgun laws

Dear Ms. Major

I am writing in response to your letter to Attorney General Coakley, inquiring about whether Glock handguns comply with the Attorney General's Handgun Sales regulations.

In order for a handgun to be sold or transferred legally in Massachusetts, it must be in compliance with both federal and state laws. The "Approved Firearms Roster" of guns compiled and published by the Executive Office of Public Safety and Security (EOPSS) are those that meet the criteria stated in G. L. c. 140. If a handgun is listed on the EOPSS roster, it can be sold in Massachusetts by a handgun dealer if it meets the additional safety-related requirements under the Attorney General's regulations, 940 CMR 16.00, or is otherwise exempt from those requirements.

The Attorney General's Handgun Sales regulations fall under the state's consumer protection law and are designed to protect consumers and their families from unsafe handguns and unfair or deceptive practices by handgun dealers and manufacturers. The regulations effectively ban cheap "Saturday Night Specials" and require all handguns sold in Massachusetts to include child-proofing measures, tamper-proof serial numbers, and safety warnings.

The handguns presently manufactured by Glock, Inc. ("Glock") are not in compliance with the Massachusetts Handgun Sales Regulations, because they lack an effective load indicator or magazine safety disconnect. This Office notified Glock of this fact in 2004, and since that time Glock has not notified this Office of any change in the features of their firearms nor attempted to certify any firearm model as compliant with the Massachusetts Handgun Sales Regulations. Therefore, newly manufactured Glock handguns may not be transferred by a handgun dealer to a Massachusetts civilian.

Thank you for taking the time to contact this Office regarding your question.

Sincerely,

David W. Monahan
Deputy Chief
Consumer Protection Division