# Complaint Exhibit File 3 of 4
## Exhibits 31 – 35

### DRAPER, *et al.* v. COAKLEY

United States District Court, District of Massachusetts

Civic Action No. 1:14-CV-12471

| Exhibit | Description |
|---|---|
| 31 | - **21 May 2014**<br>Results for the search term "Glock" retrieved from the website of the Massachusetts Executive Office of Public Safety and Security ("EOPSS"). |
| 32 | - **16 May 2014**<br>Results for the search term "Glock" retrieved from the website of the defendant ATTORNEY GENERAL. |
| | **Exhibits 33 – 40 are handgun models or series of handgun models on the EOPSS Approved Firearms Roster with various types of load indicator "devices" to which the defendant ATTORNEY GENERAL has not objected.**<br>[For clarify and to reduce the size of the exhibits attached to this motion, only the cover page and the relevant pages concerning "load indicators" from the cited owner/instruction manuals are included in the attached exhibits.] |
| 33 | **FMK** model 9C1 (page 2 of the Approved Firearms Roster): the loaded chamber indicator is a protruding pin on the breach end of the slide. |
| 34 | **Ruger SR** series of models (pages 12-16 of the Approved Firearms Roster): the loaded chamber indicator is a protruding tab on top of the slide, behind the ejection port. |
| 35 | **Sig Sauer** model 226 Mk-25 (pages 6-7 of the Approved Firearms Roster): the loaded chamber indicator is a protruding tab on top of the slide, behind the ejection port. |

# 31



The Official Website of the Executive Office of Public Safety and Security

# Public Safety

🏠 Home > Search Results

# Search Results

[ glock ] [SEARCH]   Advanced Search

Results **1 - 5** of about **5** in **Secretary of Public Safety**

1. [PDF] **Commonwealth of Massachusetts**
   ... FMK 9C-1 9mm FMK 9C1 GEN II 9mm **Glock** 17 9mm **Glock** 17C 9mm **Glock** 17RTF 9mm **Glock** 17 GEN4 9mm **Glock** 19 9mm **Glock** 19 GEN4 9mm ...

2. [PDF] **Chiefs Newsletter**
   ... Partnered up and armed with **Glock** Simunitions pistols in a shoot house built by the Alameda County Sher- iff's Office, they're in- structed to ...

3. [PDF] **Standard MPTC Academy Equipment List**
   ... Sidearm, department issue Sidearm, sponsored, **Glock** Model 23 40Cal (Must be approved by Lead Firearms Instructor) Socks, white ...

4. [PDF] **USING SOCIAL MEDIA TO PREVENT GANG VIOLENCE AND ENGAGE YOUTH**
   ... boys, ninja GUN/FIREARM gat/gatt, burner, heat/heaters, hammer, ratchet, piece, strap, gloc/**glock**, toy, toast, Banger, rat ...

5. [PDF] **LARGE CAPAICTY**
   ... Desert Industries War Eagle EAA Witness EA22T FEG B9R FP9 P9R PJK-9HP **Glock** 17 19 20 21 22 23 24 Grendel P-12 P-30 P-31 ...

**Other ways to find what you are looking for:**

Massachusetts laws

Libraries

Cities & towns, comprehensive information

**Our Organization**

Office of the Secretary

Architectural Access Board

Commonwealth Public Safety Broadband Office (PSBO)

Department of Correction

Dept. of Criminal Justice Information Services

Department of Fire Services

Department of Public Safety

Massachusetts State Police

Harbormaster Training Council

Mass Emergency Management Agency

Massachusetts National Guard

Municipal Police Training Committee

Office of the Chief Medical Examiner

Office of Grants & Research

Parole Board

Sex Offender Registry Board

State 911 Department

State Police Crime Laboratory/Forensic Services Group

**Search Tips**

© 2014 Commonwealth of Massachusetts.
Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Contact Us    Site Policies

32

The Official Website of the Attorney General of Massachusetts



# Attorney General
# Martha Coakley

🏠 Home  >  Search Results

# Search Results

| 🔍 glock | **SEARCH** |  Advanced Search |

Results **1** - **1** of about **1** in **Attorney General**

1. [PDF] **Supreme Court of the United States**
   ... 2. In this action, the United States prosecuted pe- titioner Bruce Abramski for his role in purchasing a **Glock** firearm on his uncle's behalf. ...

### Attorney General's Office Databases and Lookups

Public Charities Annual Filings

Open Meeting Law Determinations Lookup

Community Benefits

Motorcycle Insurance Settlements

Bid Protest Decision Lookup

Municipal Law Unit (MLU) Decision Lookup

### Press Releases

Drywall Company Sued for Misclassifying Workers

Dorchester Bar Resolves Race Discrimination Lawsuit

Man Pleads Guilty to Stealing More Than $37,000

AG Urges FHFA to Use Programs to Keep People in Homes

### See All

Subscribe   |   Learn more



© 2014 Commonwealth of Massachusetts.
Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Site Policies    Contact the Attorney General's Office

33

# Model 9C1

**Instruction Manual and Safety Features**
Read this manual completely before using this handgun.

**FMK FIREARMS**

**PROUDLY AMERICAN**

## Loaded Chamber Indicator

### When Chamber Loaded:

A red pin will protrude out the back of the slide when a round is in the chamber.  Text "**LOADED IF OUT**" warns the user of the condition.  The loaded condition is visually apparent in light and readily apparent in dark by feel.



### When Chamber Unloaded:

The red pin will not protrude out the back of the slide if no round is in the chamber.  The unloaded condition is visually apparent in light and readily apparent in dark by feel.



## Striker Indicator

The 9C1 handgun is a Double Action Only pistol.  In one stroke of the trigger, the firing element (the striker) is pulled back (action 1) and released (action 2) firing the weapon. When the striker moves back, it will show in the large hole within the slide end cap warning: *discharge is imminent.*

 

Discharge is imminent.

© 2009 Model 9C1 is a registered trademark of FMK Firearms, Inc.  All rights reserved.  Made in USA   **9**

34

# INSTRUCTION MANUAL FOR



BLUED & STAINLESS STEEL

CALIBER 9mm, 40 S&W, & 45 Auto

# RUGER® SR-SERIES

## SR9®, SR9c™, SR40®, SR40c™ & SR45™

**MANUAL SAFETY MODEL PISTOLS**



– Rugged, Reliable Firearms –



**READ THE INSTRUCTIONS AND WARNINGS IN THIS MANUAL CAREFULLY BEFORE USING THIS FIREARM**

© 2013 Sturm, Ruger & Co., Inc.

This manual may not be reproduced in whole or in part without the express written permission of Sturm, Ruger & Co., Inc.

**For Service on This Model Please Call: (928) 778-6555 (See p. 34)**

THIS INSTRUCTION MANUAL SHOULD ALWAYS ACCOMPANY THIS FIREARM AND BE TRANSFERRED WITH IT UPON CHANGE OF OWNERSHIP, OR WHEN THE FIREARM IS LOANED OR PRESENTED TO ANOTHER PERSON

www.ruger.com

**VS & KVS 4/13A   C**
**R5**

# NOMENCLATURE



**Sights** have high-visibility white dots both front and rear. Both sights can be adjusted for windage.

**Slide's** open-top design minimizes possibility of jamming, enables shooter to clear any malfunction easily by hand.

Elevation click-adjustable **rear sight** is drift adjustable for windage.

When ambidextrous **manual safety** is in "safe" position, locks the trigger and trigger bar.

**Frame** is a rigid one-piece glass reinforced nylon.

**Takedown pin**.

Oversize **trigger guard** permits shooting with gloved hand.

**Slide stop** holds the slide open and is activated automatically when last shot is fired (if magazine is in pistol), or can be manually operated.

Ambidextrous **magazine latch** permits positive retention and quick removal of magazine.

Magazine has **gripping grooves** on floorplate.



Ambidextrous **manual safety**.

**Loaded Chamber Indicator** protrudes from the top of the slide and provides a visual and tactile indication when a round is present in the firing chamber.

The **Accessory Rail** accepts most lights and sighting devices designed to fit the M1913 Picatinny Standard Rail.

**Trigger safety** and **firing pin block** prevent firing unless trigger is completely pulled.

Unique **Reversible Backstrap** changes from flat to arched (shown) in seconds.

The **Magazine latch**.

The **Magazine Disconnect** is designed to prevent the pistol from being fired when the magazine is removed, even if a live round remains in the firing chamber.

# OPERATION OF
# LOADED CHAMBER INDICATOR

You should always treat every gun as though it is loaded and always keep the muzzle pointed in a safe direction. Never rely upon any safety or mechanical device to justify unsafe or careless gun handling. In order to assist you in determining the presence of a cartridge in the chamber of your **RUGER**® **SR-SERIES** pistol, and to comply with state laws, the **SR-SERIES** is equipped with a loaded chamber indicator. The indicator appears on the top of the slide. (See "Nomenclature," p. 7.)

When the chamber is empty, the loaded chamber indicator should be flush with the top of the slide. (See Figure 8a, below.)

When the chamber is loaded, the forward portion of the loaded chamber indicator should protrude from the top of the slide. When the chamber contains a cartridge, a red bar should be visible on either side of the loaded chamber indicator. (See Figure 8b, below.)

## OPERATION OF LOADED CHAMBER INDICATOR

**Indicator Flush With Top**



Figure 8a

**Chamber Empty**

**Indicator Protrudes From Top - Red Bar Visible**



Figure 8b

"Loaded When Up"

**Cartridge in Chamber**

> ⚠ **NEVER RELY ON YOUR MEMORY OR ANY LOADED CHAMBER INDICATOR TO KNOW IF A GUN IS LOADED. ANY MECHANICAL DEVICE CAN FAIL. ALWAYS VISUALLY CHECK THE CHAMBER BY RETRACTING THE SLIDE AND EXAMINING THE CHAMBER TO BE SURE WHETHER IT IS EMPTY OR LOADED.**

35

# MK-25

## 3,000,000 ROUNDS.
## CONSIDER IT BASIC TRAINING.

To be America's first line of defense, the MK-25 needed to prove its mettle. It did and then some with durability, reliability and accuracy. At the range or in the heat of combat, this high-capacity, full-size pistol is a force to be reckoned with.

**FULL-SIZE FRAME**

**HIGH-CAPACITY MAGAZINE**

**DOUBLE-ACTION/SINGLE-ACTION**

**INTEGRAL ACCESSORY RAIL**

- Anchor Engraving
- Corrosion Resistant Internal Parts
- Loaded Chamber Indicator
- SIGLITE® Night Sights
- Nitron Coated Stainless Slide
- Integral 1913 Accessory Rail
- Black Polymer Grips
- Black Hard Coat Anodized Aluminum Frame
- Front Strap Serrations
- 10 Round Double Stack Magazine

## MK-25 CALIFORNIA MODEL



*UID Label Affixed to Left Side of Frame*



*SIGLITE Night Sights or Contrast Sights*



**SIG SAUER®**
when it counts™

# MK-25 CALIFORNIA MODEL SPECIFICATIONS

| | |
|---|---|
| Caliber | 9MM |
| Overall Length | 7.7 in |
| Overall Height | 5.5 in |
| Overall Width | 1.5 in |
| Barrel Length | 4.4 in |
| Sight Radius | 6.3 in |
| Sights | SIGLITE® Night Sights |
| Weight w/Magazine | 34.0 oz |
| Frame Material | Alloy |
| Frame Finish | Black Hard Coat Anodized |
| Slide Material | Stainless Steel |
| Slide Finish | Nitron® |
| Magazine Capacity | 10 Rounds |
| Trigger | DA/SA |
| Trigger Pull | DA 10.0 lbs / SA 4.4 lbs |
| Item Number(s) | MK-25-CA |

**DA/SA** – Double-Action/Single-Action • **Additional Features For California -** Loaded Chamber Indicator, Magazine Safety.



*Anchor Engraving*



*Black Hard Coat Anodized Alloy Frame, Nitron Coated Stainless Slide, with Anchor Engraving*
**CALIFORNIA FEATURES:**
*Loaded Chamber indicator, Magazine Safety*

## ACCESSORIES



Roto Paddle Holster



Double Magazine Pouch

STL-900 Tactical Light & Laser



**SIG SAUER®**
*when it counts*™

**SIG SAUER, Inc., 18 Industrial Drive, Exeter, NH, USA 03833 USA • (603) 772-2302**

An ISO 9001: 2008 Certified Company, Manufacturing in Exeter, New Hampshire
SIG SAUER, Inc. reserves the right to correct any errors or inaccuracies contained herein, and to revoke stated offers at any time without notice.
Prices, availability, specifications, and promotional offers are subject to change or cancellation at any time without notice.