# Complaint Exhibit File 4 of 4
## Exhibits 36 – 43
### DRAPER, *et al.* v. COAKLEY

**United States District Court, District of Massachusetts**

**Civic Action No. 1:14-CV-12471**

| Exhibit | Description |
|:---:|:---|
| **36** | **Remington Arms** model 1911R1 (page 6 of the <u>Approved Firearms Roster</u>):  the loaded chamber indicator is a hole at the rear of the barrel (chamber) through which one must look to observe whether there is a cartridge in the chamber. |
| **37** | **Smith & Wesson** Bodyguard 380 (pages 7-11 of the <u>Approved Firearms Roster</u>):  the loaded chamber indicator is a hole at the rear of the barrel (chamber) through which one must look to observe whether there is a cartridge in the chamber. |
| **38** | **Walther Arms** model P99 (page 16 of the <u>Approved Firearms Roster</u>): the loaded chamber indicator is a colored recess in the right side of the slide behind the ejection port which comes into view when the extractor engages the rim of a cartridge in the chamber. |
| **39** | **Kahr Arms** (all models) (pages 3-4 of the <u>Approved Firearms Roster</u>):  the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |
| **40** | **Heckler & Koch** USP series of models (pages 3 of the <u>Approved Firearms Roster</u>):  the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |
| **41** | **Beretta** 92 series of models (pages 1-2 of the <u>Approved Firearms Roster</u>): the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |

| Exhibit | Description |
|:---:|:---|
| **42** | **Glock** (all Gen3 models) single-page Instruction Manual insert (front and back) (pages 2-3 of the <u>Approved Firearms Roster</u>):  the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |
| **43** | **Glock** (all Gen 4 models) (pages 2-3 of the <u>Approved Firearms Roster</u>): the loaded chamber indicator is part of the extractor, and protrudes from the right side of the slide behind the ejection port. |

END

**36**

# Owner's Manual

## Instruction Book for:
### MODEL 1911 R1 AUTOLOADING PISTOLS

# Remington.

BY **E·R·P·C**

# Remington.

Remington is a Trademark Registered in the United States Patent and Trademark Office By Remington Arms Company, Inc.

Printed in the U.S.A.                    402833 2.10 ORIG

## IMPORTANT!

This manual contains operating, care, and maintenance instructions. To assure safe operation, any user of this firearm must read and understand this manual before using the firearm. Failure to follow the instructions and heed the warnings in this manual can cause property damage, personal injury, and/or death.

This manual should always accompany this firearm, and be transferred with it upon change of ownership.

WARNING! Keep this firearm out of the reach of children, unauthorized individuals, and others unfamiliar with the safe handling of firearms.

Page 2      ..... The Ten Command-
              ments of Firearm Safety
Page 10   ......Important Parts of the
              Firearm
Page 14   ......Safe Firearm Handling
Page 15   ......To Load Firearm
Page 18   ......To Unload Firearm
Page 20   ......Cleaning, Lubrication,
              and Maintenance
Page 30   ......How to Obtain Parts
              and Service

**AT REST**- this position is when the face of the hammer is restIng on the firing pin stop.
**QUARTER COCK** - this position is when the hammer is pulled to the first stageable position, functioning as the Hammer Stop.
Note: Always control hammer with your thumb.
**FULLY COCKED** - this position is when the hammer is pulled to the second stageable position. The full cocked position is the FIRE position.

**WARNING!** Lowering the hammer from fully cocked to rest (decocking) position is not recommended, but if performed should only be attempted when the chamber is empty. Always keep the firearm pointed in a safe direction.  See "*To Unload the Firearm"*, page 18.

## The Hammer Stop / Quarter Cock Position

The Hammer Stop or the quarter-cock position of the hammer is a passive system which prevents unintended discharge by stopping the hammer from hitting the firing pin in the event your thumb slips off the hammer during manual cocking or in case of internal component damage.

If the hammer stop is activated, without touching the trigger, move the hammer to the full cock position by moving the hammer fully rearward. Engage the safety mechanism by moving the Safety Lock up fully into the slide's Safety Engagement Notch. Always keep the firearm pointed in a safe direction. See Picture 4.

**WARNING!** Do NOT use the quarter cock position of the hammer as a manual safety device.  Do NOT carry the firearm at anytime with hammer in the quarter cocked position.  The hammer's quarter cock position was not designed to be a primary manual safety mechanism.

## The Chamber Indicator

The Chamber Indicator is located at the rear of the barrel seen through the ejection port.  See Picture 7. Observing the



Chamber Indicator

**Picture 7**

Chamber Indicator opening allows the user to observe if brass is present, indicating a chambered cartridge. Providing there is adequate lighting and the handgun is clean and in good working order. Never RELY on the Chamber Indicator alone to determine if a cartridge is chambered. Always open the slide and visually check the chamber and magazine to verify the presence of a cartridge.  Always keep the firearm pointed in a safe direction. See "*Safe Firearm Handling"*, page 14.

**WARNING!  Do NOT rely upon the chamber indicator alone to verify the presence or absence of a cartridge in the chamber**. See "*The Ten Commandments of Firearm Safety"*, on page 2.
**The Chamber Indicator may help to determine whether a cartridge**

**is present in the chamber.  The lighting conditions, cleanliness of the handgun, discoloration of the ammunition, and other factors may limit the effectiveness of the Chamber Indicator.**

## The Locking Device

This firearm was originally sold with a key-operated locking device to assist the owner in protecting against unauthorized use.  For proper installation of the locking device, see separate instructions provided in packaging.  These are storage locking devices. The firearm should be completely unloaded when stored or not in use.

**WARNING!** The locking device does not eliminate the need for safe firearm handling and storage, including keeping this and every firearm un-loaded and locked in a secure place when not in use.  Read and follow these and other safety rules in this instruction book. Failure to read, understand, and obey these rules can result in serious personal injury or death. Always keep the firearm pointed in a safe direction.  See *The Ten Commandments of Firearm Safety*, on page 2.

Keep your locking device engaged when your firearm is not in use.  See Picture 8. Keep the keys in a separate and secure place, inaccessible to others. Do NOT leave your keys or any ammunition with your firearm, which should be kept unloaded and locked in a safe place.


**Picture 8**


Magazine Catch
Magazine
**Picture 9**

## The Magazine Catch

The Magazine Catch is used to release the magazine from the firearm. The Magazine Catch is located on the shooter's left behind the trigger. To release a magazine from the receiver, hold one hand under the magazine while pushing the Magazine Catch. See Picture 9.

## Trigger Assembly
### *Pulling the trigger DISCHARGES the firearm.*

The trigger assembly of the Model 1911 R1 series handguns have been designed for optimal trigger pull.  The factory settings provide a crisp, clean trigger pull for superior performance.  The trigger assembly is not adjustable. All repairs to the trigger assembly must be made by the factory or a E-RPC Authorized Repair Center.

**37**



# Smith&Wesson®

## Safety & Instruction Manual

# BODYGUARD® 380



> **Read the instructions and warnings in this manual CAREFULLY BEFORE using this firearm.**

**2100 Roosevelt Avenue · Springfield, MA 01104**
**1-800-331-0852 · Fax: 413-747-3317**
**www.smith-wesson.com**

Copyright © 2013 Smith & Wesson®
All rights reserved.

# *LOADED CHAMBER INDICATOR*

 **WARNING: NEVER RELY UPON THE LOADED CHAM-BER INDICATOR ALONE TO VERIFY THE PRESENCE OR ABSENCE OF A ROUND IN THE CHAMBER. THE SUREST METHOD TO DETERMINE THE PRESENCE OR ABSENCE OF A ROUND IN THE CHAMBER IS TO VISUALLY CHECK THE CHAMBER OF YOUR FIREARM BY REMOVING THE MAGAZINE AND PULLING AND LOCKING THE SLIDE IN THE OPEN POSITION.**

The BodyGuard 380 Pistols come with a loaded chamber indicator. This indicator can be observed by looking at the top of the slide/ejection port (FIGURE 11), noting an opening at the rear of the barrel. By looking into this opening, you can observe whether or not a round is in the firearm's chamber. If a round is in the chamber, you should be able to see the cartridge rim through this opening.


**FIGURE 11**

 **WARNING: ALWAYS TREAT EVERY FIREARM AS IF IT IS LOADED AND WILL FIRE IF THE TRIGGER IS PULLED. A LOADED CHAMBER INDICATOR MAY HELP DETERMINE WHETHER THE CHAMBER IS LOADED OR UNLOADED. THE AMOUNT OF LIGHT, CLEANLINESS OF THE PISTOL, DISCOLORATION OF THE AMMUNITION AND OTHER FACTORS MAY LIMIT THE EFFECTIVENESS OF THE LOADED CHAMBER INDICATOR.**

# *PREPARATION FOR FIRING*

 **WARNING:THE FAILURE TO FOLLOW THESE FIREARM SAFETY REQUIREMENTS WILL CAUSE SERIOUS PER-SONAL INJURY OR DEATH TO YOU OR OTHERS.**

• **ALWAYS TREAT ALL FIREARMS AS IF THEY ARE LOADED.**

• **ALWAYS BE SURE THAT THE CHAMBER IS CLEAR OF A CARTRIDGE, THE MAGAZINE IS REMOVED OR UNLOADED, AND THAT THE FIREARM IS POINTING IN A SAFE DIRECTION.**

• **ALWAYS KEEP FINGERS AND OTHER PARTS OF YOUR BODY AWAY FROM THE MUZZLE AND AWAY FROM THE PISTOL SLIDE AND EJECTION PORT.**

**15**

**38**

SAFETY & INSTRUCTION MANUAL

# P99 PISTOL



 Read the instructions and warnings in this manual
CAREFULLY BEFORE using this firearm.

# WALTHER ARMS, INC.

## 3. PRODUCT DESCRIPTION



### 3.2.1. Loaded Chamber Indicator

The loaded chamber indicator is on the right side of the slide.

The loaded chamber indicator can be observed when the rear of the extractor is recessed, revealing a red colored marking (3.2.1. Fig. 1).

*3.2.1. Fig. 1*

**⚠ WARNING** DO NOT RELY UPON THE LOADED CHAMBER INDICATOR TO VERIFY THE PRESENCE OR ABSENCE OF A ROUND IN THE CHAMBER. ALWAYS CHECK THE CHAMBER OF THE FIREARM BY REMOVING THE MAGAZINE AND LOCKING THE SLIDE IN THE OPEN POSITION.

**⚠ WARNING** ALWAYS TREAT EVERY FIREARM AS IF IT WERE LOADED AND WOULD FIRE IF THE TRIGGER IS PULLED: THE AMOUNT OF LIGHT, CLEANLINESS OF THE PISTOL AND OTHER FACTORS MAY LIMIT THE EFFECTIVENESS OF THE LOADED CHAMBER INDICATOR. CLEANING SOLVENTS OR WEAR MAY DARKEN OR REMOVE THE RED COLOR, OR POWDER RESIDUE OR DIRT MAY COVER IT UP. IF YOU DO NOT SEE THE RED DOT, DO NOT ASSUME THE CHAMBER IS EMPTY. AFTER FIRST CHECKING THAT THE MAGAZINE HAS BEEN REMOVED, PULL THE SLIDE BACK UNTIL YOU CAN LOOK INTO THE CHAMBER AND VERIFY WHETHER IT IS EMPTY OR NOT.

### 3.2.2. Striker Status Indicator

The P99 has a cocking indicator in the rear of the slide. The pistol uses an internal striker with a tip that protrudes out of the slide end cap when the striker is cocked.

- In the de-cocked state, the tip can be neither seen nor felt (3.2.2. Fig. 1, left side).
- The tip protrudes from the rear of the slide when the pistol is cocked (3.2.2. Fig. 1, middle).
- The tip is approximately .04" (1 mm) inside the slide end cap on cocked P99 QA (3.2.2. Fig. 1, right side). It can be seen, but not felt.



*3.2.2. Fig. 1, from left to right: de-cocked, cocked, cocked (P99 QA only)*

**39**

# Operating Instructions

## Kahr Semi-Auto Double Action Only (DAO) Pistols



## Parts & Accessories Ordering
FAX: 508-795-7046

**Secure Internet ordering for parts
& accessories: www.kahr.com**



# Warning!

Read and fully understand this manual before removing this firearm from its package.

## THIS PISTOL WILL FIRE IF THE TRIGGER IS PULLED!

It should be considered loaded and ready to fire until the magazine has been removed and the chamber has been checked to verify that the firearm is unloaded.

Be sure to read and fully understand all "Important Safety Instructions" shown in red type.

Discharging firearms in poorly ventilated areas, cleaning firearms, or handling ammunition may result in exposure to lead or other substances known to the State of California to cause birth defects, reproductive harm, and other serious physical injury. Have adequate ventilation at all times. Wash hands thoroughly after exposure.

The Magazine is now completely disassembled

(see photo #13). Clean all parts thoroughly with
solvent. Wipe all parts lightly with lubricant-
moistened cloth before reassembly.

CAUTION! DO NOT OVER LUBRICATE.

Lubricant can penetrate the primer of ammunition
and render it inoperative causing a failure to fire.

Inspect the Magazine Base and Magazine Base
Lock for cracks. Inspect the Magazine Tube for
cracks or voids in the seam weld area.
Inspect Magazine Follower for chips and cracks.
Check the metal follower pin in the Magazine
Follower for correct depth and tightness of fit
(see photo #13). Ensure that the Magazine
Follower moves freely inside the Magazine Tube.
Replace components as required.

Check the Magazine feed lips for distortion,
burrs or nicks, and especially for smoothness at
the magazine catch slot.

Note: Magazines should always be handled with
care. If a Magazine becomes damaged as a
result of being dropped on a hard surface, it
should be replaced. Do not attempt to repair it.



**Photo 13**

Magazine Follower Pin

#### Reassembly

After cleaning, inspection and lubrication,
reassemble the Magazine in reverse order from
disassembly, again using a pin or wire through
the lowest sight holes to contain the Magazine
Spring for ease of fitting the Magazine Base
Lock and Magazine Base.

Ensure the empty, reassembled Magazine seats
fully when inserted in the pistol, and ejects
freely from its well when the Magazine Catch is
depressed.

## Checking Safety Devices

The following safety check is to be carried out at
regular intervals and before the pistol is used:

With the Slide removed and the Barrel disman-
tled, the Striker is drawn back manually about
1/4 inch and then eased forward again. The tip
of the Striker must not project beyond the
breech face of the Slide.

 

Correct                Wrong!

Note: When easing the Striker forward, be care-
ful not to depress the Striker Block which sits
next to the Striker. If it is depressed during the
safety check, it will allow the Striker to project
beyond the breech face.

#### Note Regarding Primer Indent and Distorted Spent Cases

Upon examining fired cases, you
may notice that the primer indent
appears distorted or elongated.
This is normal for the striker sys- 
tem design of the KAHR pistols. You may also
notice that the spent case becomes slightly
deformed into the shape of a "D" instead of an
"O" shape.  This is considered normal for the
KAHR pistol and is caused by the spent case
touching the bottom of the ejection port when
exiting the gun. Neither of these two situations
are a cause for concern and it is not necessary
to contact the service department.

## Extractor as a Loaded Chamber Indicator (except P380)

The extractor on all Kahr pistols protrudes out-
ward from the surface of the slide when the
properly designated caliber ammunition marked
on the barrel is loaded in the chamber. The
extractor is located on the right side of the slide

23

#14). The extractor protrusion allows the extractor to be used as a loaded chamber indicator (LCI). The extractor protrusion permits visual and tactile (felt) confirmation of a chambered round.



**Photo 14**

## SAFETY WARNING



The loaded chamber indicator should <u>never</u> be used as an "unloaded chamber indicator" - meaning that it should <u>never</u> be used by a firearm handler to confirm that a chamber is <u>empty</u>, to the exclusion of manually checking the chamber as explained on page 17 in the Unloading section of this manual. The user must know that the surest method to determine the absence of a round in the chamber is to visually and manually check the chamber of the firearm by pulling and locking the slide to the rear.

## Kahr External Safety & Loaded Chamber Indicator (LCI) Model

### Loaded Chamber Indicator

This model is designed to provide physical indication if there is a bullet loaded in the chamber. The product is designed with a lever mounted on the top of slide. The lever is marked as Indicator in red lettering. When a bullet is chambered it pushes the lever upward and out of position. The operator will visually see the lever



**Empty Chamber**

**Loaded Chamber**

the indicator as being out of its normal resting position as it will not be flush with the top of the slide, thus warning the operator that the firearm is loaded.

### External Safety

This model has, in addition to the internal safety, an external safety that will prevent the firearm from firing when the safety is in safe position. The product has an external lever with two settings. When the lever is pushed completely up and the red dot is fully visible, the firearm is in the armed position and ready to fire with the pull of the trigger. When the lever is pushed down, and the red dot is hidden the firearm is in safe position and will not function with the pull of the trigger. The safety works in the following manner. When the lever is in down (Safe) position the connecting cam on the lever pushes the trigger bar out of position, disconnecting it from the cocking cam. If the trigger is pulled in safe mode, the cocking cam will not release the striker and the firearm will not fire. When the lever is pushed up (Fire/armed position) the cam moves out of place and the trigger bar moves up, again connecting with the cocking cam. The firearm is then ready to fire with the pull of the trigger.

 

Safe Mode          Fire Mode

## Cleaning & Lubrication

Before the initial shooting of the new KAHR Pistol, the pistol should be disassembled following the instructions in this manual and cleaned with a commercial gun cleaning solvent. After each shooting session, the cleaning process should be repeated to remove firing residue from the inside and outside of the Barrel, Slide, Frame and Magazine.

Once cleaned, all parts should be lightly lubricated with a commercial gun lubricant. Follow solvent and lubricant manufacturer's instructions.

24

**40**

# USP SERIES
## OPERATOR'S MANUAL





HECKLER & KOCH

**Covering USP, USP Compact, and
USP Specialized Models**

ejection port on the slide. The breech is now locked closed and the next shot can be fired.

**CAUTION: A pair of Universal Mounting Grooves located on the front of the USP's frame allows for a variety of accessories to be used with the pistol. Improperly designed or installed accessories may result in damage to the mounting grooves and/ or the pistol. Such damage is not covered under warranty. Be certain to use only HK authorized accessories and follow installation and precautions carefully.**

## OPERATING CONTROLS & COMPONENTS

**WARNING: USP series pistols incorporates single-action and/or double-action modes of operation. Anytime the trigger is pulled with the control lever in the fire (horizontal) position and a cartridge in the chamber, the pistol will fire from either the hammer down or cocked positions.**

### Trigger (in Double/Single-Action modes)
In the double-action mode, pulling the trigger will cock the hammer and immediately release it firing the first chambered cartridge. All subsequent cartridges will be fired in the single-action mode because the slide automatically recocks the hammer after each shot is fired. To fire the first chambered cartridge in the single-action mode, the hammer must be manually cocked before pulling the trigger. All shots after the first shot will be fired single-action because the slide automatically recocks the hammer after each shot is fired.

In the double-action only mode, the hammer always returns to the uncocked (forward) position after each shot.  All shots are fired in the double-action mode. The HK LEM (Law Enforcement Modification) mode functions similar to double-action only mode.

| | USP | USP Compact | USP LEM | USP Tactical | USP Expert | MARK 23 | P2000 P2000SK DA/SA | P2000 P2000SK LEM |
|---|---|---|---|---|---|---|---|---|
| **Single Action Trigger Pull (pounds)** | 4.5 | 4.5 | N/A | 4.5 | 3.8 | 5.2 | 4.04 | N/A |
| **Double Action Trigger Pull (pounds)** | 11.5 | 11.5 | 7.42 optional 5.5 | 11.5 | 11.5 | 11.5 | 10.34 | 7.42 optional 5.5 |

### Control Lever
This manually operated lever is located on the side of the frame below the rear sight. This lever is operated with the firing thumb and can perform both functions of a safety lever and a decocking lever, depending on the parts installed.

**NOTE: Some variants do not have a control lever. On some USPs, including some of the specialized USP models (USP Elite USP Expert), a control lever is present on both sides of the frame.**

### Control lever as a safety lever
On HK USPs with the "SAFE" position (Variants 1, 2, 5, 6, 9, & 10), the front of this lever is fully raised above horizontal so that the "S" on the lever itself aligns with the reference line on the frame (see Figure 3 ). With this control lever engaged, the release of the hammer is blocked in the single-action mode of fire.  In the double-action mode, the hammer will partially cock but will not release to fire the pistol.

**WARNING: The USP Series Pistol fitted with LEM parts incorporates double-action only mode of operation. Anytime the trigger is pulled with a cartridge in the chamber, the pistol will fire from the hammer down position.**

In the double-action only mode, the hammer always returns to the uncocked (forward) position after each shot. All shots are fired in the double-action mode.

  

| Fig. 3 | Fig. 4 | Fig. 5 |
|---|---|---|
| Control Lever "SAFE" | Control Lever "FIRE" | Control Lever "DECOCK" |

### Magazine
Depending on the model, USP series magazines are constructed of high-strength, light-weight polymer or metal. Polymer magazines have a metal insert located in the upper third of the housing for increased strength and durability. Cartridges are positioned within the magazine in a staggered arrangement but are fed into the pistol from a single row under the steel feed lips. The cartridges are visible through the numbered viewing holes located in the back of the magazine. For maintenance and cleaning, USP Series magazines can be easily disassembled. Interchangeable floorplates are available for the magazines of the many USP Series Pistols. A standard flat floorplate and an extended magazine floorplate with a finger extension provide a choice of grip options with each pistol. Magazine floorplates can be easily removed and changed without tools during disassembly.

### Extractor
The extractor on the some USP models acts as a loaded chamber indicator. When a cartridge is in the chamber, the red colored forward edge of the extractor protrudes approximately 1 mm from the slide and is visible to the operator.

**CAUTION: Do not depend on the presence of a loaded chamber indicator to determine if a pistol is loaded. Treat all weapons as if they loaded!**

### Slide Release
This lever is located on the left side of the frame directly above the trigger. This lever is used to lock the slide open, to release the slide, and to disassemble the pistol.

As a slide stop, it is lifted upward by the magazine follower or the operators finger as the slide travels rearward during recoil or manual manipulation. The slide release engages in the recess located on the left side of the slide at its midpoint. The slide release is spring actuated and is held down out of engagement with the slide until required. The slide release will automatically hold the slide open when the last shot is fired. As a disassembly lever, the slide release is removed from the left side of the frame when the slide is held partially rearward.

### Magazine Release Lever
This ambidextrous, spring actuated lever holds the magazine in place within the grip by engaging in the notch found on the front of the magazine housing. Depressing this lever

**41**



AMERICAN PISTOL SHOOTER

## 92 SERIES



## WORLD DEFENDER

*Sweltering heat.*
*Howling wind.*
*Sand that fouls every moving part.*
*This is where we perfected our firearms.*

Including the:
92 FS
M9
M9AI
92AI/96AI





**92FS WORLD DEFENDER**



The 92 series of semiautomatic pistols operates on a short recoil, delayed blowback system, which yields; faster cycle times, exceptional accuracy and greater reliability. Double/Single action provides a very safe and time-proven design. High-capacity steel magazines are durable and drop-free when the magazine button is depressed, even when empty. Chrome-lined barrels provide extreme corrosion resistance, as well as ease of cleaning. Barrels also feature a deeply recessed combat muzzle crown to protect the rifling.

**A.   Open Slide Design:** Open top slide virtually eliminates jamming and stove piping. Allows the user to load and chamber one cartridge at a time should the magazine be lost or damaged.

**B.   Disassembly Latch:** Simplifies field stripping for maintenance by allowing quick and easy disassembly. Stays on the gun, preventing accidental dropping and loss.

**C.   Visible Automatic Firing Pin Block:** The front part of the firing pin is blocked from any forward movement until the trigger is pulled completely back. The block is located rearward, far away from the fouling and debris of the breech face. Since the block is visible, the user may ascertain its proper operation at any time. Even if the pistol falls and strikes the ground muzzle down, the firing pin will not strike the primer.

**D.   Rear Sight Profile:** The rear sight is designed to provide a front projection so that in an emergency, the user may retract the slide single-handedly by pushing the rear sight against the edge of a table, door, etc.

**E.   External Hammer Design:** A traditional feature of Beretta pistols, this design provides the energy to the firing pin, virtually eliminating the possibility of misfires due to light primer. Also provides an immediate visual and tactile indicator as to the cocked/uncocked status of the pistol.

**F.   No Glare Finish:** Beretta's exclusive Bruniton™ non-reflective black coating is a superior corrosion and wear resistant finish.

**G.   Light Aluminum Frame:** Each pistol features a lightweight, forged frame made from extremely strong aircraft-quality aluminum alloy.

**H.   Reversible Magazine Release:** Positioned next to the trigger guard for either right or left-handed shooters, allowing rapid reloading. Magazine drops clear when released.

**I.   Unique Ultra Safe Design:** The ambidextrous safety lever, easily accessible by the thumb of a right or left handed shooter, is spring loaded so it's either positively "on" or "off". The safety lever also functions as the pistol's decocking lever. When pushed down, the rear part of the firing pin (striker) is rotated out of alignment with the front part of the firing pin. Additional hammer drop catch (half-cock notch prevents striking of the firing pin unit) in the remote chance of unintentional hammer drop.

**J.   Sure, Firm Grip:** The front and back of the grip are grooved on the 92FS and M9, while the M9A1 and 90-Two feature checkering. The grip frame is flared slightly at the base to enhance pointability and control.

**K.   High-Capacity Magazines:** The 92 family magazines are interchangeable within caliber, and range in capacity from 10 to 20 rounds in 9mm.

**L.   Chamber-loaded Indicator:** When a round is chambered, the extractor protrudes slightly to show a red indicator. In the dark, the user can feel the protruding extractor.

Yoou won't find a more inhospitable place than Iraq. Beretta has been there since day one, on active duty with the U.S. Armed Forces. In fact, Beretta's M9 (military designation for the 92FS pistol) has been in the service of the U.S. Military for almost twenty five years. It is estimated that more than 3,500,000 Model 92 series pistols have been sold worldwide in the military and civilian markets. Military and police agencies of 25 nations (not including the United States) have purchased more than one million 92 series pistols.

Since 1987, Beretta U.S.A. has made 1.4 million Model 92 pistols. 540,000 of these have been delivered to the U.S. Armed Forces and to U.S. foreign military customers worldwide, including U.S. allies like Kuwait, Iraq, Colombia, Panama and other countries throughout the Caribbean.

Each pistol is subjected to hundreds of dimensional inspections and dozens of performance tests. Military pistols particularly go through a battery of performance tests including durability and reliability testing, testing for compatibility with different types of ammunition, and targeting and accuracy testing at a range of 54 yards (50 meters).

Almost 10 million rounds have been fired through military-issue Beretta M9 pistols at Beretta U.S.A. During the course of this testing, these pistols have averaged only one malfunction every 21,500 rounds. Law enforcement and military officers across the United States have relied upon the street-tested and battle-proven design of the 92/M9.

The 92 series is currently available in five configurations:
• 92FS      • M9      • M9A1      • 92A1/96A1



**WORLD DEFENDER TIMELINE**

**2010**
Beretta launches the new Model 92A1 and 96A1 pistol in 9mm and 40 S&W calibers. This evolution of the world famous 92FS integrates the best features of the 90-Two pistol: increased capacity magazines (THREE included per pistol), removable front sight, accessory rail, captive recoil spring assembly, rounded trigger guard and frame recoil buffer. Beretta U.S.A. continues to deliver Model 92FS pistols against the contract awarded by the U.S. Army in 2009.



*92FS*

BERETTA U.S.A. CORP. ACKK..MD.-MADE W USA

Optional extended high-capacity magazine holds 20 rounds

**2009**
Beretta U.S.A. Corp. announces its receipt of a U.S. Army contract to provide up to 450,000 Beretta Model 92FS pistols to U.S. military customers throughout the world. The total value of the contract, if all pistol quantities and associated spare parts are ordered, is $220 million, making it the largest U.S. military pistol contract awarded since WWII. The contract is awarded along with a first delivery order for 20,000 pistols intended for the Iraqi military. Delivery of pistols against the contract has already begun, with over 50,000 pistols now scheduled for delivery by the end of 2010.

**2007**
In September, another contract, to provide 10,576 series 92 pistols to the US Army to the US Navy, is awarded.

**2005**
Beretta U.S.A. wins 13 separate U.S. military contracts to provide M9 pistols and parts to all branches of the U.S. Armed Forces, including a contract to provide 60,000 M9 pistols to the U.S. Air Force and Army as well as a contract to provide 3,500 M9A1 pistols and over 140,000 special sand and corrosion-resistant magazines to the U.S. Marine Corps.

**42**

# NOTICE

This GLOCK pistol is equipped with an improved extractor that produces a visual and tactile indication of a loaded chamber, although one should always check a firearm both visually and manually to determine if there is a round in the chamber as indicated on p. 34 of the Instructions for Use Manual. The extractor indicator is located on the right hand side of the slide (as viewed from the rear) (never check the extractor's position by pointing the firearm at yourself and looking at it from the front as it may be loaded and could cause serious bodily injury to yourself or others), immediately behind the ejection port. When the chamber is unloaded the extractor is depressed [Fig. 1], and when the chamber is loaded the extractor pivots out from the slide [Fig. 2].

The Massachusetts Attorney General has determined that this is a safety feature that has to be installed in all semi-automatic pistols shipped to Massachusetts. GLOCK recommends you refer to the Instructions for Use Manual for detail information on loading and unloading procedures as well as other safety features and the basic firearm safety rules and precautions for the safe use and handling of your GLOCK pistol.



**Fig. 1**                    **Fig. 2**

## WARNING FROM THE MASSACHUSETTS ATTORNEY GENERAL:

This handgun is not equipped with a device that fully blocks use by unauthorized users. More than 200,000 handguns like this one are stolen from their owners every year in the United States. In addition, there are more than a thousand suicides each year by younger children and teenagers who get access to firearms. Hundreds more die from accidental discharge. It is likely that many more children sustain serious wounds, or inflict such wounds accidentally on others. In order to limit the chance of such misuse, it is imperative that you keep this weapon locked in a secure place and take other steps necessary to limit the possibility of theft or accident. Failure to take reasonable preventive steps may result in innocent lives being lost, and in some circumstances may result in your liability for these deaths.

**43**

**INSTRUCTIONS FOR USE**



**PERFECTION**



> ⚠ **WARNING**
>
> READ THIS MANUAL CAREFULLY BEFORE LOADING OR USING YOUR GLOCK PISTOL.

> ⚠ **WARNING**
>
> LIKE MOST MODERN HANDGUNS YOUR GLOCK PISTOL IS DESIGNED WITHOUT A CONVENTIONAL MANUAL SAFETY, THEREFORE YOU MUST CONSIDER IT TO BE LOADED AND READY TO FIRE UNTIL YOU HAVE REMOVED THE MAGAZINE AND VISUALLY AND PHYSICALLY (WITH YOUR FINGER) CONFIRMED THAT THE CHAMBER IS EMPTY.

30887 / 09 13

# GLOCK® SAFE ACTION® PISTOLS
## ALL MODELS



even when operating in saltwater conditions.The matte black surface minimizes light reflection - an advantage in tactical circumstances.

BARREL: The barrel (2) is mechanically locked and cold-hammer forged.  It also has the same advanced surface treatment as the slide. The rounded (hexagonal or octagonal) interior profile offers numerous advantages over conventional barrel profiles, including elimination of corners/edges making them considerably easier to clean and maintaining uniform precision even after a high number of rounds have been fired.



LOADED CHAMBER INDICATOR:  The extractor (10) serves as a loaded chamber indicator (Picture 1) to comply with the laws of certain states and its position may visually and physically indicate whether there is a cartridge in the chamber of the pistol. When the chamber is unloaded the extractor is depressed (Picture 2) and when the chamber is loaded the extractor pivots out from the slide (Picture 3).



⚠ WARNING Although your GLOCK pistol has a loaded chamber indicator, it is a mechanical device, which could fail.  Never rely solely on a loaded chamber indicator or your memory to determine whether your GLOCK pistol is loaded or unloaded. Always remove the magazine, retract and lock the slide by pulling it fully to the rear and then visually and physically (with your finger) check to make sure there is not a cartridge in the chamber, as fully described in the Unloading Procedure and Safety Check, Chapter 8 (Pages 19-20).