# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**(1) ROBERT DRAPER;**

**(2) ARIEL WEISBERG;**

**(3) DONNA MAJOR;**

**(4) ERIC NOTKIN;**

**(5) ROBERT BOUDRIE;**

**(6) BRENT CARLTON,**

    *collectively, the*
        **"CONSUMER PLAINTIFFS"**, *and*

**(7) CONCORD ARMORY, LLC;**

**(8) PRECISION POINT FIREARMS, LLC;**

    *collectively, the*
        **"DEALER PLAINTIFFS"**, *and*

**(9) SECOND AMENDMENT FOUNDATION, INC.,**

**(10) COMMONWEALTH SECOND AMENDMENT, INC.**

    *collectively, the*
        **"ORGANIZATIONS"**, *and*

                Plaintiffs

v.

**MARTHA COAKLEY,**
    *in her official capacity as*
        **ATTORNEY GENERAL OF MASSASCHUSETTS**

                Defendant

**Civil Action No.**
**1:14-CV-12471-NMG**

# PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE AN OPPOSITION MEMORANDUM IN EXCESS OF 20 PAGES

The CONSUMER PLAINTIFFS, DEALER PLAINTIFFS and ORGANIZATIONS (collectively hereafter "PLAINTIFFS"), by and through their attorney of record, hereby move this Honorable Court pursuant to Local Rule 7.1(b)(4) for leave to file a memorandum of law in excess of 20 pages in support of their Opposition to the defendant ATTORNEY GENERAL's Motion to Dismiss their Complaint (Document No. 9 [22 August 2014]).

PLAINTIFFS request five (5) additional pages due to the importance and complexity of the issues underlying the motion.  Cf. Turner v. Fallon Community Health Plan, Inc., 953 F. Supp. 419, 421-422 (D. Mass. 1997) (permitting memoranda in excess of 20 pages where the case involved a highly technical subject matter).

The defendant ATTORNEY GENERAL's Motion to Dismiss raises several grounds for dismissal of the Complaint, all of which involve multipart Constitutional analyses.  Despite the PLAINTIFFS' best efforts to keep the Opposition arguments as short as possible, additional space is likely required to adequately address each of the grounds raised in the defendant ATTORNEY GENERAL's Motion to Dismiss within the appropriate legal framework.

PLAINTIFFS' counsel contacted the defendant ATTORNEY GENERAL's counsel regarding this request, and on 12 September 2014 the defendant ATTORNEY GENERAL's counsel courteously assented to this motion for leave to file a memorandum in excess of 20 pages.

Respectfully submitted,

Dated:  12 September 2014.

**ROBERT DRAPER**;  **ARIEL WEISBERG;  DONNA MAJOR**;  **ERIC NOTKIN;  ROBERTY BOUDRIE**;  **BRENT CARLTON**;  **CONCORD ARMORY, LLC**;  **PRECISION POINT ARMORY, LLC**;  **SECOND AMENDMENT FOUNDATION, INC.** and **COMMONWEALTH SECOND AMENDMENT, INC.**

By and through their attorney of record

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq (BBO #669132)
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone:    (781) 352-7260
Facsimile:     (781) 583-5080
E-Mail:       alex@fliglaw.com

# **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that I conferred with counsel for the defendant ATTORNEY GENERAL e-mail on 11 September 2014 regarding the contents of this motion and that counsel for the defendant ATTORNEY GENERAL assented to the relief sought by the instant motion on 12 September 2014.

/s/ Alexander A. Flig

# **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF);  paper copies will be sent to those indicated on the NEF as non-registered participants on or before 1 July 2014.

/s/ Alexander A. Flig