# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| (1)  ROBERT DRAPER; | Civil Action No. |
| (2)  ARIEL WEISBERG; | **1:14-CV-12471** |
| (3)  DONNA MAJOR; | |
| (4)  ERIC NOTKIN; | |
| (5)  ROBERT BOUDRIE; | |
| (6)  BRENT CARLTON, | |
| collectively, the "**CONSUMERS**", and | |
| (7)  CONCORD ARMORY, LLC; | **DECLARATION OF** |
| (8)  PRECISION POINT FIREARMS, LLC; | **COMMONWEALTH** |
| collectively, the "**DEALERS**", and | **SECOND AMENDMENT** |
| (9)  SECOND AMENDMENT FOUNDATION, INC., | |
| (10) COMMONWEALTH SECOND AMENDMENT, INC. | **IN SUPPORT OF** |
| collectively, the "**ORGANIZATIONS**", and | **PLAINTIFFS' OPPOSITION** |
| | **TO THE DEFENDANT** |
| Plaintiffs | **ATTORNEY GENERAL'S** |
| v. | **MOTION TO DISMISS** |
| **MARTHA COAKLEY**, | |
| *in her official capacity as* **ATTORNEY GENERAL OF MASSACHUSETTS** | |
| Defendant | |

I, **Thomas Bolioli**, am a Director of Commonwealth Second Amendment, Inc. I make this declaration in my capacity as plaintiff Comm2A's Director of Operations. I have personal knowledge of the matters set forth in this declaration, and as to those matters of which I do not have direct personal knowledge, I state them based on a good-faith belief based on other facts of which I do have direct personal knowledge. If called upon to do so, I would truthfully and competently testify regarding the contents of this declaration in a court of law.

1. Comm2A was founded in 2009.

2. Comm2A is a tax-exempt Massachusetts-state non-profit corporation organized under §501(c)(3) of the IRS code.

3. Comm2A conducts research and provides training on state and federal firearms laws, including existing and proposed firearms laws and regulations in Massachusetts.

4. Comm2A hosts a number of invitation only law seminars on a semi-annual basis, at which legislative and judicial actions of the previous year are reviewed and strategies are discussed for the coming months.

5. At these seminars, Comm2A provides information to attorneys and other entities involved in public outreach and litigation directly relevant to the issues raised in this case, along with other issues directly related to civil rights and Second Amendment.

6. Comm2A funds these seminars from our coffers and provides all materials and expertise free of charge to the participants, all at a significant cost to Comm2A.

7. At a significant cost to itself, Comm2A provides relevant information to the public on the nature, scope and breadth of the Second Amendment, as well as relevant information on the status of various State and Federal laws affecting the free exercise of our supporter's rights.

8. Comm2A serves as a resource for authors of newspaper and magazine articles as well as television and radio programs dealing with various aspects of the right to keep and bear arms.

9. Over the last several years, Comm2A has itself, and in concert with the Washington-based Second Amendment Foundation, researched and analyzed the Massachusetts Handgun Sales Regulation (940 CMR 16.00, *et seq.*) that is at issue in this lawsuit.

10.    Comm2A has been and is involved in legal action regarding the fundamental Constitutional right to the private ownership and possession of firearms.

    A.    Comm2A has sponsored multiple lawsuits in Massachusetts, all involving or related to the Second Amendment.

    B.    Comm2A is currently sponsoring four lawsuits in Federal Court within the District of Massachusetts, including the instant lawsuit, <u>Draper, et al. v. Coakley</u>.

11.    Comm2A is not a membership-based organization but as of on or about the date of this Declaration , 835 donors, the vast majority being MA based or having significant connections to MA, have made substantive donations averaging about $166 dollars each.

12.    Many Comm2A supporters have contacted Comm2A within the past few years specifically regarding the Massachusetts Handgun Sales Regulation that is at issue in this lawsuit.

13.    Many of Comm2A's supporters have asked Comm2A to take legal action to challenge the constitutionality of the Massachusetts Handgun Sales Regulation because as firearms dealers they cannot determine whether they may sell or transfer Gen3/4 Glock pistols to Massachusetts residents, or as Massachusetts residents want to but cannot purchase Gen3/4 Glock pistols because of Massachusetts firearms dealers' inability to determine whether and why or why not such pistols comply or do not comply with the Massachusetts Handgun Sales Regulation.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct to the best of my knowledge.

| 9/17/14 | |
|---|---|
| Date | Thomas Bolioli. |
| | Commonwealth Second Amendment, Inc. |