UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ROBERT DRAPER, et al.                       )
                                            )
        Plaintiffs,                         )
                                            )
    v.                                      )   1:14-CV-12471-NMG
                                            )
MARTHA COAKLEY, in her official capacity as )
ATTORNEY GENERAL OF MASSACHUSETTS           )
                                            )
        Defendant.                          )
_____)

### DEFENDANT'S ASSENTED-TO MOTION FOR
### LEAVE TO FILE A REPLY MEMORANDUM ON MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), the Attorney General respectfully seeks leave of Court to file the attached 8 page reply memorandum in support of her Motion to Dismiss.

Plaintiffs' Opposition introduces new information through affidavits and narrows the scope of Plaintiff-consumers' Second Amendment claim. The Attorney General believes in good faith that it is necessary to respond both to the affidavits and to the now narrowed Second Amendment claim. In addition, the Attorney General's reply memorandum briefly addresses Plaintiffs' arguments as to vagueness and abstention.

-2-

The Attorney General has contacted counsel for Plaintiffs regarding this request, and counsel for Plaintiffs has courteously assented to this Motion for Leave to File a Reply Memorandum.

                MARTHA COAKLEY
                ATTORNEY GENERAL

                _/s/ Glenn Kaplan_____
                Glenn Kaplan, BBO# 567308
                Assistant Attorney General
                Office of the Attorney General
                One Ashburton Place, 18th Floor
                Boston, MA 02108
                (617) 727-2200
                glenn.kaplan@state.ma.us

Dated:  October 1, 2014

## LOCAL RULE 7.1(a)(2) CERTIFICATION

     I hereby certify that I conferred with counsel for Plaintiffs via a telephone conversation and over e-mail on September 30, 2014 and that he has assented to this Motion.

                _/s/ Glenn Kaplan_____
                Glenn Kaplan, BBO# 567308
                Assistant Attorney General

## CERTIFICATE OF SERVICE

     I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non registered participants on or before October 1, 2014.

                _/s/ Glenn Kaplan_____
                Glenn Kaplan, BBO# 567308
                Assistant Attorney General