## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DRAPER, et al.,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>MARTHA COAKLEY, in her official capacity as ATTORNEY GENERAL OF MASSACHUSETTS,<br><br>　　　　*Defendant*. | Civil Action No. 1:14-cv-12471-NMG |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Scott Harshbarger, of the law firm Proskauer Rose LLP, as counsel for *Amicus Curiae* Brady Center to Prevent Gun Violence, in the above-captioned case. All pleadings, correspondence, notices and other documents should be directed to the address below.

Dated: October 3, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Scott Harshbarger*
　　　　　　　　　　　　　　　　　　　　Scott Harshbarger (BBO # 224000)
　　　　　　　　　　　　　　　　　　　　John E. Roberts (*Pro Hac Vice* pending)
　　　　　　　　　　　　　　　　　　　　Laura Stafford (BBO # 685347)
　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　(617) 526-9600 (telephone)
　　　　　　　　　　　　　　　　　　　　(617) 526-9800 (facsimile)
　　　　　　　　　　　　　　　　　　　　sharshbarger@proskauer.com
　　　　　　　　　　　　　　　　　　　　jroberts@proskauer.com
　　　　　　　　　　　　　　　　　　　　lstafford@proskauer.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Amicus Curiae Brady*
　　　　　　　　　　　　　　　　　　　　*Center to Prevent Gun Violence*

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2014 a true and correct copy of the foregoing document was served on all counsel of record via the Court's Electronic Filing System (ECF).

                               */s/ Scott Harshbarger*
                               Scott Harshbarger