## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT DRAPER, et al.,<br><br>       *Plaintiff*,<br><br>v.<br><br>MARTHA COAKLEY, in her official capacity as ATTORNEY GENERAL OF MASSACHUSETTS,<br><br>       *Defendant*. | Civil Action No. 1:14-cv-12471-NMG |

### ASSENTED-TO MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), the undersigned counsel moves for the admission *pro hac vice* of John E. Roberts to appear on behalf of *Amicus Curiae* Brady Center to Prevent Gun Violence in the above captioned case.

As set forth in the attached declaration, Attorney Roberts states that (1) he is a member in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

In further support of this Motion, the undersigned counsel submits the accompanying Declaration of John E. Roberts, attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that Attorney Roberts be admitted *pro hac vice* to appear on behalf of *Amicus Curiae* Brady Center to Prevent Gun Violence in the above-captioned matter.

October 3, 2014                    Respectfully submitted,

                                  */s/ Laura Stafford*
                                  Scott Harshbarger (BBO # 224000)
                                  John E. Roberts (*Pro Hac Vice* pending)
                                  Laura Stafford (BBO # 685347)
                                  PROSKAUER ROSE LLP
                                  One International Place
                                  Boston, Massachusetts 02110
                                  (617) 526-9600 (telephone)
                                  (617) 526-9800 (facsimile)
                                  sharshbarger@proskauer.com
                                  jroberts@proskauer.com
                                  lstafford@proskauer.com

                                  *Attorneys for Amicus Curiae Brady Center to*
                                  *Prevent Gun Violence*

## CERTIFICATION PURSUANT TO RULE 7.1

The undersigned counsel hereby certifies that counsel for *Amicus Curiae* Brady Center to Prevent Gun Violence has conferred with counsel for plaintiff regarding the relief sought by this motion, and that counsel for plaintiff has assented to this motion.

                                  */s/ Laura Stafford*
                                  Laura Stafford

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the ECF system on October 3, 2014, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  */s/ Laura Stafford*
                                  Laura Stafford