# Exhibit A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DRAPER, et al.,<br><br>    *Plaintiff*,<br><br>v.<br><br>MARTHA COAKLEY, in her official capacity as ATTORNEY GENERAL OF MASSACHUSETTS,<br><br>    *Defendant*. | Civil Action No. 1:14-cv-12471-NMG |

## DECLARATION OF JOHN E. ROBERTS IN SUPPORT OF
## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, John E. Roberts, declare as follows:

1. I am an associate with the law firm of Proskauer Rose LLP, located at One International Place, Boston, MA, 02110.

2. I am a member in good standing of the bar of the State of New York. In addition, I am admitted to, and in good standing in, the United States District Court for the Southern District of New York; and the United States Court of Appeals for the Federal and Second Circuits.

3. There are no disciplinary proceedings pending against me in any court or jurisdiction.

4. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: October 3, 2014

                                                        */s/ John E. Roberts*
                                                        John E. Roberts