# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **(1)  ROBERT DRAPER;** | **Civil Action No.** |
| **(2)  ARIEL WEISBERG;** | 1:14-CV-12471-NMG |
| **(3)  DONNA MAJOR;** | |
| **(4)  ERIC NOTKIN;** | |
| **(5)  ROBERT BOUDRIE;** | |
| **(6)  BRENT CARLTON,** | |
| *collectively, the* "**CONSUMER PLAINTIFFS**", *and* | |
| **(7)  CONCORD ARMORY, LLC;** | |
| **(8)  PRECISION POINT FIREARMS, LLC;** | |
| *collectively, the* "**DEALER PLAINTIFFS**", *and* | **PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE OF COURT TO FILE A SUR-REPLY TO THE DEFENDANT ATTORNEY GENERAL'S REPLY MEMORANDUM** |
| **(9)  SECOND AMENDMENT FOUNDATION, INC.,** | |
| **(10) COMMONWEALTH SECOND AMENDMENT, INC.** | |
| *collectively, the* "**ORGANIZATIONS**", *and* | |
| Plaintiffs | |
| v. | |
| **MARTHA COAKLEY,** *in her official capacity as* **ATTORNEY GENERAL OF MASSASCHUSETTS** | |
| Defendant | |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE OF COURT TO FILE A SUR-REPLY
TO THE DEFENDANT ATTORNEY GENERAL'S REPLY MEMORANDUM**

Page 1 of 4

The CONSUMER PLAINTIFFS, DEALER PLAINTIFFS and ORGANIZATIONS (collectively hereafter "PLAINTIFFS"), by and through their attorney of record, hereby move this Honorable Court pursuant to Local Rule 7.1(b)(3), for leave of court to file a sur-reply memorandum in support of their Opposition to the defendant ATTORNEY GENERAL's Motion to Dismiss and reply memorandum.

The defendant ATTORNEY GENERAL's Reply to the Plaintiffs' Opposition misstates the PLAINTIFFS' Opposition arguments and misapplies legal authorities to those reformulated arguments. The PLAINTIFFS believe in good faith that it is necessary to respond to the defendant ATTORNEY GENERAL's Reply Memorandum to clarify the issues raised and created by the Reply Memorandum. Specifically, the PLAINTIFFS intend to address:

1. the FRCP Rule 8 pleading standard implicated by the Reply Memorandum's continued attack on the standing of the ORGANIZATIONS (plaintiffs Commonwealth Second Amendment and the Second Amendment Foundation);

2. the *actual* vagueness allegations attacked by the Complaint and not the vagueness allegations the defendant ATTORNEY GENERAL alleges the Complaint attacks, and the application of the appropriate legal standards to the facial and as-applied challenges of the Complaint;

3. the CONSUMER PLAINTIFFS' *correct* Second Amendment claim and not the claim the defendant ATTORNEY GENERAL alleges the CONSUMER PLAINTIFFS make, and

4. the defendant ATTORNEY GENERAL's mischaracterization of the PLAINTIFFS' argument regarding the relationship between the statute (Chapter 93A of the Massachusetts General Laws) that the REGULATION implements and its federal root.

The PLAINTIFFS' counsel has contacted the defendant ATTORNEY GENERAL's counsel regarding this request, and counsel for the defendant ATTORNEY GENERAL has courteously assented to this Motion for Leave of Court to File a Sur-Reply Memorandum.

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE OF COURT TO FILE A SUR-REPLY TO THE DEFENDANT ATTORNEY GENERAL'S REPLY MEMORANDUM**

Page 2 of 4

PLAINTIFFS further respectfully ask this Court to grant them sufficient time to prepare and file their Sur-Reply Memorandum.  The PLAINTIFFS' counsel is a religiously-observant Orthodox Jew who observes the Jewish religious holidays (and the Jewish Sabbath) in all of their details and strictures.  Religious observance on such days prohibits all forms of work, including the use of computer equipment, telephones, driving, etc.;  there are no religious exceptions for such activities.  The remaining Jewish High Holy Days in the immediate future during which the PLAINTIFFS' counsel will not be available are as follows:

| | |
|---|---|
| Sukkoth (first two days) | Evening of Wednesday, 8 October 2014 – Evening of Friday, 10 October 2014[1] |
| Shmini Atzeret | Evening of Wednesday, 15 October 2014 – Evening of Thursday, 16 October 2014[2] |
| Simchat Torah | Evening of Thursday, 16 October 2014 – Evening of Friday, 17 October 2014[3] |

Additionally, there is a substantial amount of preparation for the Holy Days of Sukkot which effectively takes away the entire day of Wednesday, 8 October 2014.

Based on the foregoing, PLAINTIFFS respectfully ask that this Court allow them until 24 October 2014 to file their Sur-Reply Memorandum.

///

///

///

---

[1] There is no break between the end of the second High Holy Day of Sukkoth and the beginning of Simchat Torah the Jewish Sabbath on 11 October 2014;  in other words, the first two days of Sukkoth and the Sabbath will form a contiguous three days this year.

[2] There is no break between Shmini Atzeret and Simchat Torah.

[3] There is no break between Simchat Torah and the beginning of the Jewish Sabbath on 18 October 2014;  in other words, Shmini Atzeret, Simchat Torah and the Sabbath will form a contiguous three days this year.

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE OF COURT TO FILE A SUR-REPLY TO THE DEFENDANT ATTORNEY GENERAL'S REPLY MEMORANDUM**

Page 3 of 4

Respectfully submitted,

Dated: 7 October 2014.

**ROBERT DRAPER**; **ARIEL WEISBERG**; **DONNA MAJOR**; **ERIC NOTKIN**; **ROBERTY BOUDRIE**; **BRENT CARLTON**; **CONCORD ARMORY, LLC**; **PRECISION POINT ARMORY, LLC**; **SECOND AMENDMENT FOUNDATION, INC.** and **COMMONWEALTH SECOND AMENDMENT, INC.**

By and through their attorney of record

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq (BBO #669132)
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone:  (781) 352-7260
Facsimile:   (781) 583-5080
E-Mail:      alex@fliglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non-registered participants on or before 1 July 2014.

**/s/ Alexander A. Flig**

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE OF COURT TO FILE A SUR-REPLY TO THE DEFENDANT ATTORNEY GENERAL'S REPLY MEMORANDUM**

Page 4 of 4