# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **(1)  ROBERT DRAPER;** <br> **(2)  ARIEL WEISBERG;** <br> **(3)  DONNA MAJOR;** <br> **(4)  ERIC NOTKIN;** <br> **(5)  ROBERT BOUDRIE;** <br> **(6)  BRENT CARLTON,** <br>     *collectively, the* **"CONSUMER PLAINTIFFS"**, *and* <br><br> **(7)  CONCORD ARMORY, LLC;** <br> **(8)  PRECISION POINT FIREARMS, LLC;** <br>     *collectively, the* **"DEALER PLAINTIFFS"**, *and* <br><br> **(9)   SECOND AMENDMENT FOUNDATION, INC.,** <br> **(10) COMMONWEALTH SECOND AMENDMENT, INC.** <br>     *collectively, the* **"ORGANIZATIONS"**, *and* <br><br>                                Plaintiffs <br> v. <br><br> **MARTHA COAKLEY,** <br>     *in her official capacity as* **ATTORNEY GENERAL OF MASSASCHUSETTS** <br><br>                                Defendant | **Civil Action No.** <br> 1:14-CV-12471-NMG <br><br><br><br><br><br> **PLAINTIFFS' MOTION FOR LEAVE OF COURT TO RESPOND TO AMICUS BRADY CENTER TO PREVENT GUN VIOLENCE MEMORANDUM** |

The CONSUMER PLAINTIFFS, DEALER PLAINTIFFS and ORGANIZATIONS (collectively hereafter "PLAINTIFFS"), by and through their attorney of record, hereby move this Honorable Court pursuant to Local Rule 7.1(b)(2), for leave of court to file a memorandum responding to amicus BRADY CENTER TO PREVENT GUN VIOLENCE (hereafter "BRADY CENTER") in support of Defendant [ATTORNEY GENERAL's] Motion to Dismiss All Claims.  Good cause exists to grant the current Motion.

Amicus BRADY CENTER brings new issues into this already well-briefed lawsuit that further complicate the analysis of the various complex Constitutional law questions herein.  The PLAINTIFFS believe in good faith that it is necessary to respond to the BRADY CENTER's amicus memorandum to ensure that this lawsuit remains focused and that there is a balanced opportunity to address all defenses raised by the joint defense of the defendant ATTORNEY GENERAL and now the BRADY CENTER.

PLAINTIFFS further respectfully ask this Court to grant them sufficient time to prepare and file their Response Memorandum to the BRADY CENTER's amicus memorandum.  The PLAINTIFFS' counsel is a religiously-observant Orthodox Jew who observes the Jewish religious holidays (and the Jewish Sabbath) in all of their details and strictures.  Religious observance on such days prohibits all forms of work, including the use of computer equipment, telephones, driving, etc.; there are no religious exceptions for such activities.  The remaining Jewish High Holy Days in the immediate future during which the PLAINTIFFS' counsel will not be available are as follows:

| | |
|---|---|
| Sukkoth (first two days) | Evening of Wednesday, 8 October 2014 – Evening of Friday, 10 October 2014[1] |
| Shmini Atzeret | Evening of Wednesday, 15 October 2014 – Evening of Thursday, 16 October 2014[2] |
| Simchat Torah | Evening of Thursday, 16 October 2014 – Evening of Friday, 17 October 2014[3] |

---

[1] There is no break between the end of the second High Holy Day of Sukkoth and the beginning of Simchat Torah the Jewish Sabbath on 11 October 2014;  in other words, the first two days of Sukkoth and the Sabbath will form a contiguous three days this year.

[2] There is no break between Shmini Atzeret and Simchat Torah.

[3] There is no break between Simchat Torah and the beginning of the Jewish Sabbath on 18 October 2014;  in other words, Shmini Atzeret, Simchat Torah and the Sabbath will form a contiguous three days this year.

Additionally, there is a substantial amount of preparation for the Holy Days of Sukkot which effectively takes away the entire day of Wednesday, 8 October 2014.

Based on the foregoing, PLAINTIFFS respectfully ask that this Court allow them until 31 October 2014 to file their Response Memorandum.

Respectfully submitted,

Dated:  9 October 2014.

**ROBERT DRAPER**;  **ARIEL WEISBERG;  DONNA MAJOR**;  **ERIC NOTKIN;  ROBERTY BOUDRIE**; **BRENT CARLTON**;  **CONCORD ARMORY, LLC**; **PRECISION POINT ARMORY, LLC**;  **SECOND AMENDMENT FOUNDATION, INC.** and **COMMONWEALTH SECOND AMENDMENT, INC.**

By and through their attorney of record

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq (BBO #669132)
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone:    (781) 352-7260
Facsimile:    (781) 583-5080
E-Mail:    alex@fliglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF);  paper copies will be sent to those indicated on the NEF as non-registered participants on or before 1 July 2014.

**/s/ Alexander A. Flig**