UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
ROBERT DRAPER, et al.                             )
                                                  )
          Plaintiffs,                             )
                                                  )
          v.                                      )        1:14-CV-12471-NMG
                                                  )
MARTHA COAKLEY, in her official capacity as       )
ATTORNEY GENERAL OF MASSACHUSETTS                 )
                                                  )
          Defendant.                              )
_____ )

**NOTICE OF APPEARANCE**

Please enter the appearance of Lydia French, Office of the Attorney General, 1 Ashburton Place, 18th Floor, Boston, Massachusetts 02108, as counsel for Defendant, Martha Coakley, Attorney General of Massachusetts, in the above-captioned action.

MARTHA COAKLEY
ATTORNEY GENERAL


 /s/ Lydia French_____
Lydia French, BBO# 666348
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200

DATED:  November 13, 2014

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non registered participants on or before November 13, 2014.

    /s/ Lydia French_____
Lydia French, BBO# 666348
Assistant Attorney General