# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| (1) ROBERT DRAPER; <br> (2) ARIEL WEISBERG; <br> (3) DONNA MAJOR; <br> (4) ERIC NOTKIN; <br> (5) ROBERT BOUDRIE; <br> (6) BRENT CARLTON, <br>     *collectively, the* **"CONSUMER PLAINTIFFS"**, *and* <br><br> (7) CONCORD ARMORY, LLC; <br> (8) PRECISION POINT FIREARMS, LLC; <br>     *collectively, the* **"DEALER PLAINTIFFS"**, *and* <br><br> (9) SECOND AMENDMENT FOUNDATION, INC., <br> (10) COMMONWEALTH SECOND AMENDMENT, INC. <br>     *collectively, the* **"ORGANIZATIONS"**, *and* <br><br>                                         Plaintiffs <br> v. <br><br> MARTHA COAKLEY, <br>     *in her official capacity as* **ATTORNEY GENERAL OF MASSASCHUSETTS** <br><br>                                         Defendant | **Civil Action No.** <br> 1:14-CV-12471-NMG <br><br><br><br> # ADDENDUM <br><br> ## TO PLAINTIFFS' OPPOSITION TO AMICUS' BRIEF <br><br> [WITH CORRECTED EXHIBIT] |

The attached document entitled "PLAINTIFFS' OPPOSITION TO AMICUS' BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS" (Docket Entry 37) is resubmitted with corrections to two errata. These corrections do not change the text of the Opposition memorandum:

1. **Exhibit "A"** to the <u>originally submitted</u> **PLAINTIFFS' OPPOSITION TO AMICUS' BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** attached an <u>incorrect document</u>.

   - The attached <u>corrected</u> **PLAINTIFFS' OPPOSITION TO AMICUS' BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** contains the <u>correct</u> **Exhibit "A"** document, a screen capture of the California Legislature's website with the text of California Penal Code §16380.

2. The <u>originally submitted</u> **PLAINTIFFS' OPPOSITION TO AMICUS' BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** identified an <u>incorrect event</u> (docket entry) to which it relates (e.g. Docket Entry 29, "**MOTION for Leave to File Brief as Amicus Curiae in Support of Defendant's Motion to Dismiss by Brady Center to Prevent Gun Violence**").

   - The correct event to which the attached <u>corrected</u> **PLAINTIFFS' OPPOSITION TO AMICUS' BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** is related is Docket Entry 32, "**AMICUS BRIEF filed by Brady Center to Prevent Gun Violence in Support of Defendant's Motion to Dismiss all Claims.**"

Respectfully submitted,

Dated: 13 November 2014.                    **ROBERT DRAPER; ARIEL WEISBERG; DONNA MAJOR; ERIC NOTKIN; ROBERTY BOUDRIE; BRENT CARLTON; CONCORD ARMORY, LLC; PRECISION POINT ARMORY, LLC; SECOND AMENDMENT FOUNDATION, INC.** and **COMMONWEALTH SECOND AMENDMENT, INC.**

By and through their attorney of record

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq (BBO #669132)
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone:    (781) 352-7260
Facsimile:    (781) 583-5080
E-Mail:    alex@fliglaw.com

---

**PLAINTIFFS' RESPONSE TO THE DEFENDANT ATTORNEY GENERAL'S REPLY MEMORANDUM**

Page 1 of 2

# **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF);  paper copies will be sent to those indicated on the NEF as non-registered participants on or before 1 July 2014.

                                                  **/s/ Alexander A. Flig**