**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Robert Draper, Ariel Weisberg,**
**Donna Major, Eric Notkin,**
**Robert Boudrie, Brent Carlton,**
**Concord Armory, LLC,**
**Precision Point Firearms, LLC,**
**Commonwealth Second Amendment,**
**Inc., and Second Amendment**
**Foundation, Inc.,**
          Plaintiffs,

    v.                                                     CIVIL ACTION **1:14-12471-NMG**

  **Maura T. Healey,**
          Defendant.


ORDER OF DISMISSAL

    **Gorton     D.J.**


In accordance with the Court's Memorandum and Order (dkt. no. 45) dated 3/5/2015, granting the defendant's Motion to Dismiss (dkt. no. 9), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


    **3/5/2015**                                            By the Court,
        Date


                                                              **/s/Christopher Danieli**
                                                              **Deputy Clerk**