# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| (1)  ROBERT DRAPER;<br>(2)  ARIEL WEISBERG;<br>(3)  DONNA MAJOR;<br>(4)  ERIC NOTKIN;<br>(5)  ROBERT BOUDRIE;<br>(6)  BRENT CARLTON,<br><br>    collectively, the<br>        "CONSUMERS", and<br><br>(7)  CONCORD ARMORY, LLC;<br>(8)  PRECISION POINT FIREARMS, LLC,<br><br>    collectively, the<br>        "DEALERS", and<br><br>(9)  SECOND AMENDMENT FOUNDATION, INC.,<br><br>                    Plaintiffs<br><br>V.<br><br>**MAURA HEALEY** (substituted for former defendant MARTHA COAKLEY),<br>    *in her official capacity as*<br>        **ATTORNEY GENERAL OF MASSACHUSETTS**<br><br>                    Defendant | Civil Action No.<br><br>**1:14-CV-12471**<br><br><br><br><br><br><br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that individual plaintiffs **ROBERT DRAPER**; **ARIEL WEISBERG**; **DONNA MAJOR**; **ERIC NOTKIN**; **ROBERTY BOUDRIE** and **BRENT CARLTON** (collectively the "CONSUMERS"), business entities **CONCORD ARMORY, LLC** and **PRECISION POINT ARMORY, LLC** (collectively the "DEALERS"), and non-profit organization **SECOND AMENDMENT FOUNDATION, INC.** hereby appeal to the United States Court of Appeals for the First Circuit from the Order of Dismissal entered in this action on 5 March 2015.

Respectfully submitted,

Dated:  3 April 2015.

**ROBERT DRAPER;  ARIEL WEISBERG; DONNA MAJOR;  ERIC NOTKIN;  ROBERT BOUDRIE;  BRENT CARLTON;  CONCORD ARMORY, LLC;  PRECISION POINT FIREARMS, LLC, and SECOND AMENDMENT FOUNDATION, INC.**

By and through their attorney of record

**/s/ Alexander A. Flig**

Alexander A. Flig, Esq (BBO #669132)
490 Chapman Street, Suite 201
Canton, Massachusetts 02021-2039
Telephone:    (781) 352-7260
Facsimile:     (781) 583-5080
E-Mail:       alex@fliglaw.com