# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  Draper et al v. Healey

District Court Number:  14cv12471-NMG

Fee:   Paid?   Yes __X__   No _____   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending      Yes _____ No _X__          Sealed documents      Yes _____ No _X__
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents   Yes _____ No _X__          Transcripts          Yes _____ No _X__
*If yes, document #* _____          *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent _____   Other: _____

Appeal from:

## #45 Memorandum and Order, #46 Order of Dismissal
Other information:

       I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #45, #46, and #47
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _47_____ filed on April 3, 2015_____.

       In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 9, 2015_____.


**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine_____
Deputy Clerk


COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE