Case name  Robert Draper, et al. v. Maura Healey (substituted for former Attorney General, Martha Coakley)

District Court Case No.  1:14-CV-12471-NMG        District of Massachusetts

Date Notice of Appeal filed _____        Court of Appeals Case No.  15-1429

Form filed on behalf of  Plaintiffs.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. ✓  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) 12(b)(6) Motion to Dismiss | 19 February 2015 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓  I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Alexander Aron Flig, Esq.         Filer's Signature  /s/ Alexander Flig

Firm/Address  490 Chapman Street, Suite 201, Canton, MA 02021        Filer's Email address  alex@fliglaw.com

Telephone number  (781) 352-7260               Date mailed to court reporter  9 April 2015 (date CA case # received)

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                            SEE INSTRUCTIONS ON REVERSE